## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 167 | CUBT0007638 | CUBT0007661 | 10/30/2007 | | I |
| 168 | CUBT0007662 | CUBT0007883 | 5/15/2007 | | I |
| 169 | CUBT0007884 | CUBT0008061 | 8/23/2005 | | I |
| 170 | CUBT0011589 | CUBT0011588 | 8/20/2010 | | NE, C |
| 171 | CUBH0536137 | CUBH0536254 | | | I |
| 172 | CUBH0360755 | CUBH0360878 | | | I |
| 173 | CUBH0303604 | CUBH0303610 | | | I |
| 174 | CUB00830537 | CUB00830588 | 12/17/2009 | | I |
| 175 | N/A | N/A | 7/12/2013 | | C, I, P |
| 176 | CUBH0535436 | CUBH0535569 | | | I |
| 177 | CUB02392076 | CUB02392078 | 12/6/1999 | F. Oleson Declaration and Power of Attorney for Patent Application | C |
| 178 | CUB00967484 | CUB00967504 | | Redline of Bhavnani, et al., "Relationship Between Daptomycin Exposure and the Probability of a Creatine Phosphokinase Elevation as Determined in a Randomized Trial for the Therapy of Bacteremia and Endocarditis" | I, H |
| 179 | CUB02400185 | CUB02400212 | | Redline of Bhavnani, et al., "Relationship Between Daptomycin Trough Concentration and the Probability of an Elevation in Creatine Phosphokinase as Determined in a Randomized Trial for the Therapy of Bacteremia and Endocarditis" | I, H |
| 180 | CUB02437212 | CUB02437229 | | Oleson et al., "Once-Daily Dosing Decreases Toxicity of Daptomycin" | |
| 181 | CUB00731242 | CUB00731244 | 1/28/1998 | Fax from F. Oleson to F. LeSane Enclosing Daptomycin: Rationale for Intravenous Clinical Development | I, H |
| 182 | CUB00481019 | CUB00481064 | 10/22/2007 | | I, H, C |
| 183 | CUB02230175 | CUB02230176 | | | A-D, I, H |
| 184 | CUB00625800 | CUB00625823 | | Eisenstein, et al., "Daptomycin: From the Mountain to the Clinic with Essential Help from Francis Tally" (Draft) | H, I, C |
| 185 | HOSP_CUB0061585 | HOSP_CUB0061606 | 1/29/2008 | Certificate of Correction re U.S. Patent RE39,071 with Request | |
| 186 | LLY00000270 | LLY00000270 | 12/1/1987 | | H, I, A-A |
| 187 | LLY00000479 | LLY00000482 | | | H, I, A-A |
| 188 | CUB00146115 | CUB00146228 | | | |
| 189 | CUB00547431 | CUB00547433 | 4/8/1997 | | |
| 190 | CUB00756868 | CUB00756869 | | | H, I, C |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 191 | CUB00826341 | CUB00826352 | 2008 | ███████████████ | |
| 192 | CUB00914170 | CUB00914197 | | ███████████████ | I, C |
| 193 | CUB01831894 | CUB01832019 | 6/5/2006 | ███████████████ | I |
| 194 | CUB01906452 | CUB01906455 | 2/21/2007 | Jefferies & Co. Analyst Rpt., "Competitor Telavancin Did Not Get Priority Review; Positive for CBST" | I, H |
| 195 | CUB02153899 | CUB02154292 | 7/26/2006 | ███████████████ | I |
| 196 | CUB02229331 | CUB02229332 | 06/2005 | ███████████████ | I |
| 197 | HOSP_CUB0162805 | HOSP_CUB0162827 | 05/2013 | Teflaro Label | |
| 198 | HOSP_CUB0162828 | HOSP_CUB0162857 | 09/2013 | Tygacil Label | |
| 199 | HOSP_CUB0162725 | HOSP_CUB0162725 | 9/22/11 | Vancomycin Label | |
| 200 | HOSP_CUB0162858 | HOSP_CUB0162884 | 05/2013 | Zyvox Label | |
| 201 | CUB02416873 | CUB02416901 | 8/9/2006 | Goldman Sachs Analyst Rpt., "Cubicin at early stages of steady ramp" | I, H |
| 202 | CUB02417088 | CUB02417096 | 4/22/2009 | Jefferies & Co. Analyst Rpt., "1Q09 EPS Beat on Light Cubicin Sales; 2009 Guidance Reaffirmed" | I, H |
| 203 | CUB02417111 | CUB02417117 | 6/29/2007 | Jefferies & Co. Analyst Rpt., "Expect Cubicin 2Q Sales to be Higher than IMS Reports; Maintain Estimates" | I, H |
| 204 | CUB02417238 | CUB02417246 | 10/17/2008 | Jefferies & Co. Analyst Rpt., "Cubicin Sales Beat Handily; Ups Guidance; Attractive Value Pay | I, H |
| 205 | CUB02417274 | CUB02417281 | 12/2/2005 | Jefferies & Co. Analyst Rpt., "Discussion with Expert Points to Cubicin's Competitive Edges" | I, H |
| 206 | CUB02417476 | CUB02417479 | 1/11/2010 | Lazard Capital Markets Analyst Rpt., "CBST: Reports strong 4Q U.S. Cubicin sales; increasing estimates; HOLD" | I, H |
| 207 | CUB02417497 | CUB02417505 | 1/23/2009 | Lazard Capital Markets Analyst Rpt., "CBST 4Q: Increasing Cubicin estimates but we remain below consensus on EPS: HOLD" | I, H |
| 208 | CUB02417506 | CUB02417513 | 1/24/2008 | Lazard Capital Markets Analyst Rpt., "CBST: Cubicin poised for steady growth in '08 but competition looms; HOLD" | I, H |
| 209 | CUB02417736 | CUB02417742 | 4/18/2008 | Lazard Capital Markets Analyst Rpt., "CBST: Cubicin sales in line, but growth slowing; HOLD" | I, H |
| 210 | CUB02418268 | CUB02418274 | 1/24/2006 | Lazard Capital Markets Analyst Rpt., "CBST: Company remains in the red despite Cubicin's growth; HOLD" | I, H |
| 211 | CUB02419214 | CUB02419225 | 10/30/2008 | Merriman Curhan Ford Analyst Rpt., "A Unique Antibiotic with Lots of Growing Room Left; Initiating Coverage at Buy" | I, H |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 212 | CUB02426967 | CUB02426990 | 3/13/2008 | Thomas Weisel Partners Analyst Rpt., "IP and Competitive Headwinds Continue to Obscure Cubicin Growth; Downgrading to Market Weight" | I, H |
| 213 | CUB02427485 | CUB02427513 | 9/14/2005 | Thomas Weisel Partners Analyst Rpt., "Bacteremia / Endocarditis Label to Drive Sales" | I, H |
| 214 | CUB00198625 | CUB00198723 | 11/18/2008 | Infectious Diseases Society of America (IDSA), "Background Information on Antimicrobial Agents for Complicated Skin and Skin Structure Infections: Justification of Non-Inferiority Margins in the Absence of Placebo-Controlled Trials," for the Food and Drug Administration Anti-Infective Drugs Advisory Committee Meeting | A-D, I, H |
| 215 | CUB00151459 | CUB00151495 | 07/2004 | Infectious Diseases Society of America, Bad Bugs, No Drugs As Antibiotic Discovery Stagnates…A Public Health Crisis Brews | |
| 216 | HOSP_CUB0162471 | HOSP_CUB0162472 | 4/10/2012 | Decision Resources, "For the Treatment of Gram-Negative Infections, Surveyed Hospital-Based PCPs Indicate That They Are More Likely Than Infectious Disease Specialists to Prescribe Teflaro Empirically" | I, H |
| 217 | CUB02428783 | CUB02428900 | 2010 | Decision Resources Rpt: Complicatd Skin and Skin Structure Infections: Recent FDA Nonapprovals Leave untapped Opportunity for Emerging Broad-Spectrm MRSA Agents | I, H |
| 218 | CUB02430970 | CUB02431203 | 12/2009 | Decision Resources Infectious Disease Study: Methicillin-Resistant Staphylococcus Aureus | I, H |
| 219 | CUBH0311209 | CUBH0311379 | 2010 | Decision Resources: Hospital Anti-Infectives: Insights on the Uptake and Formulary Inclusion of Emerging Antibiotics and Antifungals; A Survey of Infectious Disease Specialists, Internists, and P&T Committee Members | I, H |
| 220 | CUBH0567656 | CUBH0567656 | | IMS Data (Produced in Native) | |
| 221 | CUBH0567657 | CUBH0567657 | | IMS Data (Produced in Native) | |
| 222 | CUBH0567658 | CUBH0567658 | | IMS Data (Produced in Native) | |
| 223 | CUBH0567659 | CUBH0567659 | | IMS Data (Produced in Native) | |
| 224 | CUBH0567660 | CUBH0567660 | | IMS Data (Produced in Native) | |
| 225 | CUBH0567661 | CUBH0567661 | | IMS Data (Produced in Native) | |
| 226 | CUBH0567662 | CUBH0567662 | | IMS Data (Produced in Native) | |
| 227 | CUBH0567663 | CUBH0567663 | | AMR Data (Produced in Native) | |
| 228 | CUBH0567665 | CUBH0567665 | | IMS Data (Produced in Native) | |
| 229 | CUBH0567666 | CUBH0567666 | | IMS Data (Produced in Native) | |
| 230 | CUBH0567667 | CUBH0567667 | | AMR Data (Produced in Native) | |
| 231 | CUBH0567668 | CUBH0567668 | | IMS Data (Produced in Native) | |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 232 | HOSP_CUB0162900 | HOSP_CUB0162900 | | Rausser Raw Data (Produced in Native) | C, H |
| 233 | HOSP_CUB0162885 | HOSP_CUB0162892 | | | D, P, NE |
| 234 | HOSP_CUB0162893 | HOSP_CUB0162896 | | | D, P, NE |
| 235 | HOSP_CUB0162897 | HOSP_CUB0162897 | | | D, P, NE |
| 236 | LLY00000406 | LLY00000407 | 4/16/1991 | | H, I, A-A, C |
| 237 | HOSP_CUB0162366 | HOSP_CUB0162470 | 3/1/2007 | Cubist Pharmaceuticals Inc. 10-K for 2006 | I |
| 238 | HOSP_CUB0162364 | HOSP_CUB0162365 | 11/21/2005 | Cubist Press Release, "FDA Accepts Cubicin sNDA and Grants Priority Review" | |
| 239 | HOSP_CUB0162641 | HOSP_CUB0162659 | 1/15/2013 | Forest Laboratories, Inc. FRX Q3 2013 Earnings Call Transcript | I, H |
| 240 | HOSP_CUB0162667 | HOSP_CUB0162674 | 1/15/2010 | Complaint in Pfizer et al. v. Teva (1:10-cv-00037) | I, NE, H |
| 241 | N/A | N/A | 5/20/2013 | Claim Construction Order | NE |
| 242 | N/A | N/A | 2/15/2013 | Declaration of Bruce Ganem | NE, H, I |
| 243 | CUB02181174 | CUB02181182 | 3/11/2002 | Statement of Francis P. Tally | |
| 244 | CUBH0000164 | CUBH0000175 | 1/11/2012 | Response and Amendment to 12/15/11 Office Action | C |
| 245 | LLY00010912 | LLY00011337 | 7/18/83 - 11/15/84 | | R, H, A-A |
| 246 | CUB02182855 | CUB02182876 | 11/13/2009 | Request for Continued Examination and Response and Amendment | C |
| 247 | HOSP_CUB0162230 | HOSP_CUB0162234 | 3/29/1989 | Response to 1/18/89 Office Action | C |
| 248 | CUBH0571024 | CUBH0571057 | 01/2013 | Cubicin Package Insert | |
| 249 | CUBH0476889 | CUBH0476898 | 02/2009 | Vancomycin Package Insert | |
| 250 | N/A | N/A | 2/6/2013 | Cubist Objections/Responses to Hospira's RFA's (Nos. 1-204) | SUBJECT TO CUBIST'S OBJECTIONS SET FORTH IN THE DOCUMENT |
| 251 | N/A | N/A | 2/15/2013 | Declaration of William Gerwick | NE, H |
| 252 | N/A | N/A | 9/16/2013 | http://ec.europa.eu/health/authorisation-procedures-centralised_en.htm | H, A |
| 253 | CUB00180646 | CUB00180667 | 2003 | Cubicin Product Label | |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 254 | CUB00653158 | CUB00653165 | 5/12/2006 | ███████████████ | |
| 255 | CUB01737320 | CUB01737328 | 2/23/1993 | Response to Final Office Action dated 11/5/92 | C |
| 256 | CUB01737357 | CUB01737364 | 11/5/1991 | Amendment After Final Rejection | C |
| 257 | CUB01737400 | CUB01737404 | 11/28/1989 | Office Action Responsive to 8/28/89 Correspondence | C |
| 258 | CUB01737420 | CUB01737426 | 11/4/1988 | Response to 5/5/88 Office Action | C |
| 259 | HOSP_CUB0161336 | HOSP_CUB0161340 | 5/1/1992 | 1992 FDA Guidance on Development of New Stereoisomeric Drugs | H, A, I |
| 260 | HOSP_CUB0161806 | HOSP_CUB0161808 | 2012 | http://bugsanddrugs.stanford.edu/dosing/SHCAntimicrobialDosingGuide2012.pdf | H, I, A |
| 261 | CUBH0308853 | CUBH0309031 | 2012 | ███████████████ | |
| 262 | CUBH0309342 | CUBH0309631 | 2012 | ███████████████ | |
| 263 | CUBH0311399 | CUBH0311521 | 2011 | Decision Resources, Antibiotic Market Opportunities Beyond the Hospital: Market Trends, Medical Practice, and Reimbursement of Outpatient Parenteral Antibiotic Therapy (OPAT) | |
| 264 | HOSP_CUB0162307 | HOSP_CUB0162310 | 2013 | Alliance for the Prudent Use of Antibiotics, Glossary, Definition for "Narrow-spectrum vs. broad-spectrum antibiotics," Available at: http://www.tufts.edu/med/apua/about_issue/glossary.shtml#narr. | H, A |
| 265 | HOSP_CUB0162729 | HOSP_CUB0162732 | 7/23/13 | Anderson, "Epidemiology of methicillin-resistant Staphylococcus aureus infection in adults," Wolters Kluwer Health, UpToDate. | H |
| 266 | CUB00848760 | CUB00848768 | 2004 | Arbeit et al., "The Safety and Efficacy of Daptomycin for the Treatment of Complicated Skin and Skin-Structure Infections", Clin. Infectious Diseases, 38:1673-81 | |
| 267 | N/A | N/A | 2010 | Baker and Chen, Chapter 21: Enrichment and Purification of Lipopeptide Biosurfactants, Pg.281-288 | |
| 268 | CUB01734253 | CUB01734275 | 1997 | Baltz, Chapter 14: Lipopeptide Antibiotics Produced by Streptomyces roseosporus and Streptomyces fradiae, Biotechnology of Antibiotics, 2d ed. pg. 415-435 | |
| 269 | HOSP_CUB0055533 | HOSP_CUB0055540 | 1997 | Baltz et al, Chapter 15: Genetics of Lipopeptide Antibiotic Biosynthesis in Streptomyces fradiae A54145 and Streptomyces roseosporus A21978, Developments in Industrial Microbiology Series, pg. 93-98 | |
| 270 | HOSP_CUB0004891 | HOSP_CUB0004909 | 1994 | Barclay, et al., What is the Evidence for Once-Daily Aminoglycoside Therapy? Clin. Pharmacokinetics., 27(1):32-48 | |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 271 | HOSP_CUB0161341 | HOSP_CUB0161347 | 1995 | Bartizal et al, "In Vitro Evaluation of the Pneumocandin Antifungal Agent L-733560, a New Water-Soluble Hybrid of L-705589 and L-731373", Antimicrobial Agents & Chemotherapy, 39(5):1070-1076 | I |
| 272 | HOSP_CUB0162311 | HOSP_CUB0162314 | 7/2/2013 | Baylor College of Medicine, Department of Molecular Virology and Microbiology, "Methicillin-Resistant Staphylococcus aureus (MRSA)," https://www.bcm.edu/departments/molecular-virology-andmicrobiology/index.cfm?pmid=16508. | H, I, A |
| 273 | HOSP_CUB0004931 | HOSP_CUB0004940 | 1970 | Benoit et al., "Destruction and Regeneration of Skeletal Muscle after Treatment with a Local Anaesthetic, Bupivacaine (Marcaine®)," J Anat., 107(3):547-556 | |
| 274 | HOSP_CUB0162315 | HOSP_CUB0162317 | 11/16/2008 | Berens and Armstrong, "How our hospitals unleashed a MRSA epidemic," Seattle Times | H, I, A |
| 275 | HOSP_CUB0161348 | HOSP_CUB0161354 | 1976 | Besson et al, "Characterization of Iturin A in Antibiotics from Various Strains of Bacillus Subtilis", J. Antibiotics, XXIX(10):1043-1049 | I |
| 276 | HOSP_CUB0161355 | HOSP_CUB0161358 | 1959 | Bodanszky and Vigneaud, "A Method of Synthesis of Long Peptide Chains Using a Synthesis of Oxytocin as an Example," J. Am. Chem. Soc. 81:5688-691 | I |
| 277 | HOSP_CUB0161359 | HOSP_CUB0161365 | 1990 | Boeck et al., "A54145, A New Lipopeptide Antibiotic Complex: Discovery, Taxonomy, Fermentation and HPLC," J. Antibiotics XLLL(6):587-593 | I |
| 278 | CUB00174378 | CUB00174389 | 2009 | Boucher et al., "Bad Bugs, No Drugs: No ESKAPE! An Update from the Infectious Diseases Society of America," Clin. Infectious Diseases 48(1):1-12 | I |
| 279 | CUB00179836 | CUB00179843 | 2007 | Boucher and Sakoulas, "Perspectives on Daptomycin Resistance, with Emphasis on Resistance in Staphylococcus Aureus", Clin. Infectious Diseases, 45:601-08 | |
| 280 | HOSP_CUB0162318 | HOSP_CUB0162320 | 10/10/2012 | BusinessWire, "Less Than a Third of Surveyed Infectious Disease Specialists and PCPs Consider Vancomycin the Preferred Antibiotic for MRSA" | I, H |
| 281 | HOSP_CUB0161366 | HOSP_CUB0161371 | 1972 | Carpino and Han, 9-Fluorenylmethoxycarbonyl amino-protecting group, J. Organic Chemistry, 37(22):3404-409 | I |
| 282 | HOSP_CUB0161372 | HOSP_CUB0161394 | 1996 | Casarett And Doull's Toxicology, The Basic Science of Poisons, Fifth Edition, Chapter 2: Principles of Toxicology, pg. 13-33 | I |
| 283 | HOSP_CUB0161395 | HOSP_CUB0161410 | 1996 | Casarett And Doull's Toxicology, The Basic Science of Poisons, Fifth Edition, Chapter 4: Risk Assessment, pg. 75-88 | I |
| 284 | HOSP_CUB0162158 | HOSP_CUB0162184 | 1996 | Casarett And Doull's Toxicology, The Basic Science of Poisons, Fifth Edition, Chapter 5: Absorption, Distribution, and Excretion of Toxicants pg. 91-112 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 285 | HOSP_CUB0162321 | HOSP_CUB0162328 | 2013 | Catamaran, RxOutlook 7(4) | I |
| 286 | HOSP_CUB0161411 | HOSP_CUB0161415 | 1981 | Cooper et al., "Enhanced production of Surfactin from Bacillus subtilis by Continuous Product Removal and Metal Cation Additions," Appl. Environ. Microbiol., 42(3): 408-12 | I |
| 287 | HOSP_CUB0162329 | HOSP_CUB0162329 | 2011 | Cooper and Shlaes, "Fix the antibiotics pipeline," Nature 472:32 | I |
| 288 | CUBT0000701 | CUBT0000702 | 10/8/84 | Counter et al., Abstract1078, "LY146032 [N-(n-decanoyl) A21978C Nucleus] A New Acidic Lipopeptide antibiotic: Synthesis and Biological Evaluation," Program and Abstracts of the Thirty-Fourth Interscience Conference on Antimicrobial Agents and Chemotherapy, pg.281 | I |
| 289 | CUB00201049 | CUB00201058 | | Craig, "Pharmacokinetics/Pharmacodynamic Parameters: Rationale for Antibacterial Dosing of Mice and Men, State-of-the-Art Clinical Article", Clinical Infectious Diseases, 26:1-12 (1998) | I |
| 290 | HOSP_CUB000472 4 | HOSP_CUB00047 30 | 1995 | Craig, "Once-daily versus multiple-daily dosing of aminoglycosides," J Chemother. 7(Suppl 2):47-52 | |
| 291 | HOSP_CUB0161777 | HOSP_CUB0161786 | 2003 | Darko et al., "Mississippi Mud No More: Cost-Effectiveness of Pharmacokinetic Dosage Adjustment of Vancomycin to Prevent Nephrotoxicity", Pharmacotherapy, 23:5 | I |
| 292 | HOSP_CUB000475 9 | HOSP_CUB00047 75 | 1987 | Debono et al., "A21978C, a Complex of New Acidic Peptide Antibiotics: Isolation, Chemistry, and Mass Spectral Structure Elucidation," J. Antibiotics, XL(6):761-777 | |
| 293 | CUB02186509 | CUB02186521 | 1988 | Debono et al, "Enzymatic and Chemical Modifications of Lipopeptide Antibiotic A21978C: The Synthesis and Evaluation of Daptomycin (LY146032)," J. Antibiotics, XLI(8):1093-1104 | |
| 294 | N/A | N/A | 1997 | Desai and Banat, "Microbial Production of Surfactants and Their Commercial Potential," Microbiology and Molecular Biology Rvw, 61(1):47-64 | |
| 295 | CUBH0474441 | CUBH0474459 | | Diekema et al., "Survey of Infections Due to Staphylococcus Species: Frequency of Occurrence and Antimicrobial Susceptibility of Isolates Collected in the United States, Canada, Latin America, Europe, and the Western Pacific Region for the SENTRY Antimicrobial Surveillance Program, 1997-1999", Clin. Infectious Diseases, 2001:32 (Suppl. 2), pp. S114-S132 | |
| 296 | HOSP_CUB0161429 | HOSP_CUB0161642 | 1979 | Drenckhahn, "Experimental Myopathy Induced By Amphiphilic Cationic Compounds Including Several Psychotropic Drugs," Neuroscience, 4:549-562 | I |

Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 297 | HOSP_CUB0162473 | HOSP_CUB0162477 | 2/20/2012 | Drugs.com, "Clindamycin," http://www.drugs.com/clindamycin.html. | H, I, A |
| 298 | HOSP_CUB0162478 | HOSP_CUB0162484 | 9/10/2013 | Drugs.com, "Doxycycline," http://www.drugs.com/doxycycline.html. | H, I, A |
| 299 | HOSP_CUB0162485 | HOSP_CUB0162491 | 3/14/2011 | Drugs.com, "Minocycline," http://www.drugs.com/minocycline.html. | H, I, A |
| 300 | HOSP_CUB0162492 | HOSP_CUB0162496 | 2009 | Drugs.com, "Nafcillin Sodium," http://www.drugs.com/ppa/nafcillin-sodium.html. | H, I, A |
| 301 | HOSP_CUB0162497 | HOSP_CUB0162504 | 12/15/2010 | Drugs.com, "Oxacillin," http://www.drugs.com/mtm/oxacillin.html. | H, I, A |
| 302 | HOSP_CUB0162505 | HOSP_CUB0162509 | 4/3/2012 | Drugs.com, "Vancomycin," http://www.drugs.com/vancomycin.html. | H, I, A |
| 303 | HOSP_CUB0162510 | HOSP_CUB0162512 | 8/14/2013 | Dutton, "Biopharmas drive antibiotic development," Genetic Engineering & Biotechnology News | I, H |
| 304 | HOSP_CUB0161443 | HOSP_CUB0161444 | 1953 | DuVigneaud et al, "The Synthesis of an Octapeptide Amide with the Hormonal Activity of Oxytocin," J. Am. Chem. Soc. 75:4879–80 | I |
| 305 | HOSP_CUB0004881 | HOSP_CUB0004890 | 1990 | Ebert et al. "Pharmacodynamic Properties of Antibiotics: Application to Drug Monitoring and Dosage Regimen Design", Infect. Control Hosp. Epidemiol, 11(6):319-326 | |
| 306 | CUB02459414 | CUB02459419 | 2010 | Eisenstein et al., "Daptomycin: From the Mountain to the Clinic, with Essential Help from Francis Tally, MD," CID, 50(1):S10-S15 | |
| 307 | HOSP_CUB0161445 | HOSP_CUB0161447 | 1994 | Eliel and Wilen, Stereochemistry of Organic Compounds, Wiley-Interscience at pg. 65 | I, X |
| 308 | HOSP_CUB0161467 | HOSP_CUB0161473 | 1990 | Fakuda et al, "A54145, A New Lipopeptide Antibiotic Complex: Isolation and Characterization," J. Antibiotics XLIII(6):594-600 | I |
| 309 | HOSP_CUB0162516 | HOSP_CUB0162519 | 6/26/2013 | FDA, "Fast track, breakthrough therapy, accelerated approval and priority review: Expediting availability of new drugs for patients with serious conditions," http://www.fda.gov/forconsumers/byaudience/forpatientadvocates/speedingaccesstoimportantnewtherapies/ucm128291.htm. | I |
| 310 | HOSP_CUB0162733 | HOSP_CUB0162761 | 11/2011 | FDA, "FY 2011 Innovative Drug Approvals," http://www.fda.gov/downloads/aboutfda/reportsmanualsforms/reports/ucm278358.pdf. | I |
| 311 | CUB01171328 | CUB01171340 | 2006 | Fowler et al., "Daptomycin Versus Standard Therapy for Bacteremia and Endocarditis Caused by Staphylococcus Aureus", N.E.J.M, 355(7):653-665 | |

17

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 312 | HOSP_CUB0004639 | HOSP_CUB0004648 | 1997 | Freeman, et al., Once-Daily Dosing of Aminoglycosides: Review and Recommendations for Clinical Practice, J.Antimicrob. Chemotherapy, 39:677-86 | |
| 313 | HOSP_CUB0162717 | HOSP_CUB0162724 | 7/1/2013 | Freeman, Maisha Kelly, "Community-Acquired Bacterial Pneumonia: A Primer for Pharmacists," US Pharmacist | I, H, A |
| 314 | HOSP_CUB0161465 | HOSP_CUB0161466 | 1966 | Fridkin et al, "Use of Polymers as Chemical Reagents. I. Preparation of Peptides," J. Am. Chem. Soc., 88(13):3164-165 | I |
| 315 | HOSP_CUB0004755 | HOSP_CUB0004758 | | Friedland and Selwyn, Chapter 134: Infections (Excluding AIDS) in Injection Drug Users, Harrison's Principles of Internal Medicine 14 ed., pg 831-84 | |
| 316 | HOSP_CUB0162522 | HOSP_CUB0162546 | 2006 | Grundmann et al., "Emergence and resurgence of methicillin-resistant Staphylococcus aureus as a public-health threat," The Lancet, 368(9538): 874–885. | I |
| 317 | HOSP_CUB0161787 | HOSP_CUB0161794 | 2004 | Grunewald et al, "Synthesis and Derivatization of Daptomycin: A Chemoenzymatic Route to Acidic Lipopeptide Antibiotics," J. Am. Chem. Soc., 126:17025-31 | I |
| 318 | HOSP_CUB0161474 | HOSP_CUB0161482 | 1997 | Halliwell, W. H., "Cationic Amphiphilic Drug-Induced Phospholipidosis," Toxicologic Pathology, 25:53-60 | I |
| 319 | CUB00180267 | CUB00180269 | 2005 | Hayden et al., "Development of Daptomycin Resistance In Vivo in Methicillin-Resistant Staphylococcus Aureus", J. Clinical Microbiol., 43(10):5285-87 | I |
| 320 | HOSP_CUB0161448 | HOSP_CUB0161464 | 2010 | Heinzel and Verlander, Peptide Synthesis in Ullmann's Encyclopedia of Industrial Chemistry Vol. 25 pg. 411-425 | I |
| 321 | HOSP_CUB0162547 | HOSP_CUB0162549 | 3/19/2013 | Hirschler, "Big Pharma: Few new antibiotics in the works," Chicago Tribune | I, H |
| 322 | HOSP_CUB0161483 | HOSP_CUB0161491 | 1981 | Hodgkinson and Lowry, "Hydrophobic-Interaction Chromatography and Anion-Exchange Chromatography in the Presence of Acetonitrile," Biochem. J. 199:619-627 | |
| 323 | HOSP_CUB0162550 | HOSP_CUB0162550 | 06/2010 | Jancin, "Majority of MRSA Is Now Community Acquired," Pediatric News | I, H |
| 324 | HOSP_CUB0162513 | HOSP_CUB0162515 | 8/15/13 | Jancin, "Think 'ceftaroline' in suspected drug-resistant CAP," Family Practice News | I, H |
| 325 | CUB02009047 | CUB02009076 | 2004 | Jeu et al., "Daptomycin: A Cyclic Lipopeptide Antimicrobial Agent", Clinical Therapeutics, 26(11):1728-1757 | I |
| 326 | HOSP_CUB0161492 | HOSP_CUB0161500 | 1995 | Kajimura et al., "Bacillopeptins, New Cyclic Lipopeptide Antibiotics from Bacillus subtillis FR-2," J. Antibiotics, 48(10): 1095-1103 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 327 | HOSP_CUB0162520 | HOSP_CUB0162521 | 10/19/2004 | Kanapaux, W., "Eli Lilly sells Vancocin to ViroPharma for $116 million plus royalties," FirstWord Pharma | I, H |
| 328 | HOSP_CUB0161501 | HOSP_CUB0161512 | 1986 | Kennedy et al., "Multimodal Liquid Chromatography Columns for the Separation of Proteins in Either the Anion-Exchange or Hydrophobic-Interaction Mode," J. Chromatography, 359:73-84 | I |
| 329 | HOSP_CUB0161513 | HOSP_CUB0161517 | 2011 | Khoury et al, "Proteome-wide Post-translational Modification Statistics: Frequency Analysis and Curation of the Swiss-Prot Database," Scientific Reports | I |
| 330 | HOSP_CUB0161795 | HOSP_CUB0161799 | 1965 | Kim and Cocolas, "Glutamic Acid Analogs: The Synthesis of 3-Alkylglutamic Acids and 4-Alkylpyroglutamic Acids," 8:509-513 | I |
| 331 | HOSP_CUB0108913 | HOSP_CUB0108920 | 1989 | Kirsch et al., "Kinetics of the Aspartyl Transpeptidation of Daptomycin, a Novel Lipopeptide Antibiotic," Pharmaceutical Research 6(5):387-393 | |
| 332 | HOSP_CUB0161518 | HOSP_CUB0161520 | 1995 | Koshino et al., "A New Cyclic Lipopeptide Antibiotic, Enamidonin," J. Antibiotics, 48(2):185-187 | I |
| 333 | HOSP_CUB0058472 | HOSP_CUB0058478 | 1998 | Lakey and Ptak, "Fluorescence Indicates a Calcium-Dependent Interaction between the Lipopeptide Antibiotic LY146032 and Phospholipid Membranes," Biochemistry, 27(13):4639-4645 | I |
| 334 | HOSP_CUB0162551 | HOSP_CUB0162553 | 4/22/2013 | Laidman, "Despite Growing Crisis, Few New Antibiotics Are in Pipeline," Medscape | I, H, A |
| 335 | CUBH0570633 | CUBH0570640 | 2013 | Lam et al., "Total Synthesis of Daptomycin by Cyclization via a Chemoselective Serine Ligation," J. American Chemical Society, 135:6272-6279 | |
| 336 | HOSP_CUB0161771 | HOSP_CUB0161776 | 1990 | Laska et al., "In Vitro Correlation of Ultrastructural Morphology and Creatine Phosphokinase Release in L6 Skeletal Muscle Cells After Exposure to Parenteral Antibiotics," In Vitro Cell. Dev. Biol., 26:393-398 | I |
| 337 | HOSP_CUB0162556 | HOSP_CUB0162560 | 12/4/2012 | Ledford, "FDA under pressure to relax drug rules," Nature | I, H |
| 338 | HOSP_CUB0162561 | HOSP_CUB0162573 | 2005 | Lee et al., "Antimicrobial Management of Complicated Skin and Skin Structure Infections in the Era of Emerging Resistance," Surgical Infections, 6(3):283-295 | I |
| 339 | HOSP_CUB0004665 | HOSP_CUB0004668 | 1991 | Lee et al, Abstract 885: Daptomycin versus Conventional Therapy in the Treatment of Endocarditis (E) and Bacteremia, Program and Abstracts of the Thirty-First Interscience Conference on Antimicrobial Agents and Chemotherapy, 246 | |
| 340 | CUB00057565 | CUB00057568 | 1991 | Lee et al, "Effect of Protein Binding of Daptomycin on MIC and Antibacterial Activity," Antimicrobial Agents and Chemotherapy, 35(12):2505-8 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 341 | HOSP_CUB0161521 | HOSP_CUB01615 22 | 1987 | Leggett et al, "Pharmacodynamic and Pharmacokinetic Parameters (PKPs) Affecting Activity of LY 146032 Against Staphylococcus Aureus," Abstracts of the ICAAC, Abstract No. 154 | |
| 342 | HOSP_CUB016257 4 | HOSP_CUB01626 22 | 1987 | Levin et al., "Appropriating the Returns from Industrial Research and Development," Brookings Papers on Economic Activity, Pg. 783-831. | I |
| 343 | HOSP_CUB016276 2 | HOSP_CUB01627 96 | 2002 | Lewis and Cody, "Unscrambling the Egg: Pre-Suit Infringement Investigations of Process and Method Patents," Journal of the Patent and Trademark Office Society, 84(1):5–37. | I |
| 344 | HOSP_CUB016152 3 | HOSP_CUB01615 30 | 1994 | Lin et al., "Structural and Immunological Characterization of a Biosurfactant Produced by Bacillus licheniformis JF-2," Appl. Environ. Microbiol. 60(1):31-38 | I |
| 345 | CUB02167841 | CUB02167844 | 1997 | Lin and Jiang, "Recovery and Purification of the Lipopeptide Biosurfactant of Bacillus subtilis by Ultrafiltration," Biotech. Techniques, 11(6):413-416 | |
| 346 | CUBH0570737 | CUBH0570774 | 2011 | Liu et al., IDSA Guidelines: Clinical Practice Guidelines by the Infectious Diseases Society of America for the Treatment of Methicillin-Resistant Staphylococcus Aureus Infections in Adults and Children, Clin. Infectious Diseases, 52:1-38 | |
| 347 | | | 1998 | Londo et al., "Accelerated Recombinant Protein Purification Process Development Automated, Robotics-based Integration of Chromatographic Purification and Analysis," J. Chromatography, 798:73-82 | U, I, H |
| 348 | HOSP_CUB016153 1 | HOSP_CUB01615 33 | 1995 | Loudon, Organic Chemistry, Third Edition, Benjamin/Cummings at pg. 243 | I, X |
| 349 | HOSP_CUB016218 5 | HOSP_CUB01621 94 | 7/23/2013 | Lowy, Vancomycin-intermediate and vancomycin-resistant Staphylococcus aureus infections, Wolter Kluwer | |
| 350 | HOSP_CUB016153 4 | HOSP_CUB01615 54 | 1970 | Macdonald and Engel, "Experimental Chloroquine Myopathy," J. Neuropath Exp Neurol. 29(3):479-499 | I |
| 351 | CUB00174545 | CUB00174547 | 2006 | Marty et al., "Emergence of Clinical Daptomycin Resistant Staphylococcus Aureus Isolate During Treatment of Methecillin-Resistant Staphylococcus Aureus Bacteremia and Osteomyelitis", J. Clinical Microbiol., 44(2):595-97 | I |
| 352 | HOSP_CUB016262 3 | HOSP_CUB01626 32 | 10/2010 | MassHealth, "Average cost of therapy of IV antibiotics with activity against MRSA and VRE infections," Prescriber e-Letter | I, H |
| 353 | HOSP_CUB016155 5 | HOSP_CUB01615 72 | 1982 | Mastaglia, Adverse Effects of Drugs on Muscle, Drugs 24:304-321 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 354 | HOSP_CUB0161573 | HOSP_CUB0161579 | 1995 | McBrien et al, "Rakicidins, New Cytotoxic Lipopeptides from Micromonospora sp. Fermentation, Isolation and Characterization," J. Antibiotics, 48(12):1446-1452 | I |
| 355 | HOSP_CUB0004941 | HOSP_CUB0004964 | 1998 | McKindley and Maderazo, Chapter 41: Drug Use in the Critically Ill Patient with Renal Dysfunction-Application of the DREM System, in Infectious Diseases in Critical Care Medicine | |
| 356 | HOSP_CUB0162633 | HOSP_CUB0162634 | 4/20/2012 | MedicineNet.com, "Staph Infection (Staphylococcus aureus )," http://www.medicinenet.com/staph_infection/article.htm. | I, H |
| 357 | HOSP_CUB0162797 | HOSP_CUB0162802 | 2004 | Meka and Gold, "Antimicrobial Resistance to Linezolid," Clin. Infectious Diseases, 39:1010-1015 (2004) | I |
| 358 | HOSP_CUB0161580 | HOSP_CUB0161585 | 1963 | Merrifield, "Solid Phase Peptide Synthesis. I. The Synthesis of a Tetrapeptide," J. Am. Chem. Soc. 85:2149-2154 | I |
| 359 | CUB01737480 | CUB01737496 | 2005 | Miao et al., "Daptomycin biosynthesis in Streptomyces roseosporus: cloning and analysis of the gene cluster and revision of peptide stereochemistry," Microbiology 151:1507-23 | |
| 360 | HOSP_CUB0161586 | HOSP_CUB0161592 | 2000 | Mikkola et al, "Toxic Lactonic Lipopeptide from Food Poisoning Isolates of Bacillus Licheniformis," Eur. J. Biochem., 267:4068-4074 | I |
| 361 | HOSP_CUB0161593 | HOSP_CUB0161600 | 1998 | Miller et al., "Ecomycins, Unique Antibiotics from Pseudomonas Viridiflava," J. Appl. Microbiol., 84:937-944 | I |
| 362 | HOSP_CUB0162635 | HOSP_CUB0162640 | 2010 | Moellering, R.C., "The problem of complicated skin and skin structure infections: the need for new agents." J. Antomicrobial Chemotherapy, 65(4):iv3-8 | I |
| 363 | CUB02003372 | CUB02003373 | 2006 | Moellering, "Vancomycin: A 50-Year Reassessment," Clinical Infectious Diseases, 42(Supp1):S3-S4 | |
| 364 | HOSP_CUB0004669 | HOSP_CUB0004671 | 1986 | Molecular Cell Biology, Chapter 3: 53 (ed. by J. Darnell, H. Lodish, and D. Baltimore, Scientific American Books, Inc., New York). | I, X |
| 365 | HOSP_CUB0161601 | HOSP_CUB0161608 | 1993 | Morikawa et al., "A New Lipopeptide Biosurfactant Produced by Arthrobacter sp Strain MIS38," J. Bacteriology 175(20):6459-6466 | I |
| 366 | HOSP_CUB0161800 | HOSP_CUB0161801 | 1955 | Morrison, "Preparation of β-Methylglutamic Acid," 77:6072-6073 | I |
| 367 | HOSP_CUB0161609 | HOSP_CUB0161611 | 1973 | Morrison and Boyd, Organic Chemistry, Third Edition, Allyn & Bacon (1973) at p. 135 | I |
| 368 | HOSP_CUB0161612 | HOSP_CUB0161619 | 2001 | Moyne et al., "Bacillomycin D: an iturin with antifungal activity against Aspergillus Flavus," J. Appl. Microbiol., 90:622-29 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 369 | HOSP_CUB0161620 | HOSP_CUB0161627 | 1997 | Mühlradt et al., "Isolation, Structure Elucidation, and Synthesis of a Macrophage Stimulatory Lipopeptide from Mycoplasma Fermentans Acting at Picomolar Concentration," J. Exp. Med. 1951-1958 | I |
| 370 | CUBH0570836 | CUBH0570842 | 1990 | Mulligan and Gibbs, Recovery of Biosurfactants by Ultrafiltration, J. Chem. Tech. Biotech., 47:23-29 | I |
| 371 | HOSP_CUB0005066 | HOSP_CUB0005112 | 1995 | Mutschler et al., Chapter 2: Pharmacokinetics in Drug Actions: Basic Principles and Therapeutic Aspects. Medpharm Scientific Publishers, Stuttgart, Germany Pg. 5-47 | |
| 372 | HOSP_CUB0161763 | HOSP_CUB0161770 | 1998 | Nakahara et al., "Myopathy Induced by HMG-CoA Reductase Inhibitors in Rabbits: A Pathological, Electrophysiological, and Biochemical Study," Toxicology and Applied Pharmacology, 152:99-106 | I |
| 373 | HOSP_CUB0162663 | HOSP_CUB0162664 | 4/30/2012 | National Institute of Allergy and Infectious Disease, "Antimicrobial (Drug) Resistance: Gramnegative Bacteria" | I, H |
| 374 | HOSP_CUB0161628 | HOSP_CUB0161635 | 1996 | Neuvonen et al. "Itraconazole drastically increases plasma concentrations of lovastatin and lovastatin acid," Clin. Pharmacol Ther. 60(1):54-61 | I |
| 375 | HOSP_CUB0162661 | HOSP_CUB0162662 | 10/28/2013 | News Medical, "MRSA musculoskeletal infections increasing among children." | I, H |
| 376 | HOSP_CUB0161636 | HOSP_CUB0161642 | 1988 | Numata et al., "Enzymatic Formation of Glidobactamine: A Peptide Nucleus of Glidobactins A, B and C, New Lipopeptide Antitumor Antibiotics," J. Antibiotics, XLI(10):1351-1357 | I |
| 377 | HOSP_CUB0161643 | HOSP_CUB0161648 | 1968 | Ondetti et al., "The Synthesis of Secretin. III. The Fragment-Condensation Approach," J. Am. Chem. Soc. 90:4711-716 | I |
| 378 | HOSP_CUB0161649 | HOSP_CUB0161658 | 1998 | Osman et al., Tuning Micelles of a Bioactive Heptapeptide Biosurfactant via Extrinsically Induced Conformation Transition of Surfactin Assembly, J. Peptide Sci., 4:449-458 | |
| 379 | HOSP_CUB0162554 | HOSP_CUB0162555 | 5/31/2012 | Packel, Dan, "Pfizer, Teva Reach Licensing Deal For Generic Zyvox," http://www.law360.com/articles/345563/pfizer-teva-reach-licensing-deal-for-genericzyvox. | I, H |
| 380 | HOSP_CUB0161659 | HOSP_CUB0161664 | 1991 | Peypoux et al., "Isolation and Characterization of a New Variant of Surfactin, the [Val7] Surfactin," Eur. J. Biochem. 202:101-106 | I |
| 381 | HOSP_CUB0161665 | HOSP_CUB0161675 | 1999 | Peypoux et al., "Recent trends in the biochemistry of surfactin," Appl. Microbiol. Biotechnol., 51:553-563 | I |
| 382 | CUB02390233 | CUB02390247 | 1983 | Powell et al., "Once-daily vs. Continuous Aminoglycoside Dosing: Efficacy and Toxicity in Animal and Clinical Studies of Gentamicin, Netilmicin, and Tobramicin," J. Infect. Diseases, 147(5):918-932 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 383 | HOSP_CUB0162675 | HOSP_CUB0162675 | 06/2006 | Primaris Healthcare Business Solutions, "Antibiotic Recommendations for the Initial Treatment of Pneumonia," MO-06-24 HOSP-GEN | I |
| 384 | HOSP_CUB0162676 | HOSP_CUB0162678 | 3/19/07 | Pringle, Evelyn, "FDA hounded over Ketek scandal," LawyersandSettlements.com | I, H |
| 385 | HOSP_CUB0004965 | HOSP_CUB0005017 | 1998 | Protein Purification: Principles, High Resolution Methods, and Applications (J. Janson and L. Ryden, eds., John Wiley & Sons, Inc.) | |
| 386 | HOSP_CUB0162679 | HOSP_CUB0162680 | | PubChem, "tigecycline – Compound Summary," http://pubchem.ncbi.nlm.nih.gov/summary/summary.cgi?cid=54686904. | I, H |
| 387 | HOSP_CUB0162681 | HOSP_CUB0162682 | 2006 | PubMed, "Telavancin: TD 6424, TD-6424," http://www.ncbi.nlm.nih.gov/pubmed/17073522. | I, H |
| 388 | HOSP_CUB0162683 | HOSP_CUB0162685 | 5/22/2009 | Rapaport, "Antibiotic's $1 Billion Success May Spur Cubist Buy (Update2)" | I, H |
| 389 | HOSP_CUB0004910 | HOSP_CUB0004930 | 1995 | "Remington: The Science and Practice of Pharmacy," (Alfonso Gennaro ed., Mack Publishing Co. | |
| 390 | HOSP_CUB0161677 | HOSP_CUB0161685 | 1999 | Rinnová et al., "Solid-phase Peptide Synthesis by Fragment Condensation: Coupling in Swelling Volume," Letters in Peptide Science, 6:15-22 | I |
| 391 | HOSP_CUB0161802 | HOSP_CUB0161803 | 1955 | Rivard and Carter, "Chemical Preparation of L-Ornithine From L-Arginine," 77:1260-1261 | I |
| 392 | HOSP_CUB0004630 | HOSP_CUB0004638 | 1988 | Rotschafer et al., "Therapeutic Update on Glycopeptide and Lipopeptide Antibiotics," Pharmacotherapy, 8(4):211-219 | |
| 393 | CUB02402252 | CUB02402268 | 2009 | Rybak et al., Therapeutic Monitoring of Vancomycin in Adult Patients: A Consensus Review of the American Society of Health-System Pharmacists, the Infectious Diseases Society of America, and the Society of Infectious Diseases Pharmacists, Am. J. Health-Syst. Pharm., 66:82-98 | I |
| 394 | CUB02157009 | CUB02157016 | 2008 | Sakoulas and Moellering, Increasing Antibiotic Resistance Among Methicillin-Resistant Staphylococcus aureus Strains, Clin. Infections Diseases, 46(Suppl. 5):S360-S367 | |
| 395 | HOSP_CUB0162803 | HOSP_CUB0162804 | 09/2009 | Sakoulas, et al., "Clinical outcomes of patients receiving daptomycin for the treatment of Staphylococcus aureus infections and assessment of clinical factors for daptomycin failure: A retrospective cohort study utilizing the Cubicin® Outcomes Registry and Experience," Clinical Therapeutics, 31(9) (Abstract) | I, H |
| 396 | HOSP_CUB0161804 | HOSP_CUB0161805 | 1988 | Salituro and McDonald, "Facile Synthesis of L-Kynurenine," J. Org. Chem., 53:6138-6139 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 397 | HOSP_CUB0161686 | HOSP_CUB0161690 | 1989 | Schwartz et al., "L-671,329, A New Antifungal Agent I. Fermentation and Isolation," J. Antibiotics, XLII(2):163-167 | I |
| 398 | HOSP_CUB0161691 | HOSP_CUB0161693 | 1963 | Schwyzer and Sieber, "Biochemistry Total Synthesis of Adrenocorticotrophic Hormone," Nature 199:172-174 | I |
| 399 | HOSP_CUB0004662 | HOSP_CUB0004664 | 1988 | Sexton et al., "The Use of Daptomycin, a Lipopeptide Antibiotic, in the Treatment of Gram Positive Infections in Man," Program and Abstracts of the Twenty-Eighth Interscience Conference on Antimicrobial Agents and Chemotherapy, 275 | |
| 400 | HOSP_CUB0004850 | HOSP_CUB0004880 | 1989 | Shaw, Chapter 4: Liquid-Gas and Liquid-Liquid Interfaces, Introduction to Colloid and Surface Chemistry, 64-114 | I |
| 401 | HOSP_CUB0162686 | HOSP_CUB0162693 | 2010 | Shlaes, Antibiotics: The Perfect Storm, Springer Science+Business. | I |
| 402 | HOSP_CUB0162694 | HOSP_CUB0162698 | 5/10/2012 | Shlaes, "FDA reboot!", http://antibiotics-theperfectstorm.blogspot.com. | I, H |
| 403 | HOSP_CUB0162699 | HOSP_CUB0162702 | 2013 | Shlaes et al., "The FDA Reboot of Antibiotic Development," Antimicrobial Agents and Chemotherapy, 57(10):4605–607. | I |
| 404 | HOSP_CUB0161694 | HOSP_CUB0161712 | 1998 | Shu, "Recent Natural Products Based Drug Development: A Pharmaceutical Industry Perspective," J. Nat. Prod., 61:1053-1071 | I |
| 405 | HOSP_CUB0161713 | HOSP_CUB0161717 | 1968 | Sieber et al, 234: Menschliches Calcitonin. IV). Die Synthese von Calcitonin M, Helv. Chim. Acta 51(8):2057-061 | I |
| 406 | CUB02330956 | CUB02330962 | 2008 | Sievert, et al., "Vancomycin-Resistant Staphylococcus aureus in the United States, 2002–2006." Clin Infect Dis.,46:668-674. | |
| 407 | CUB02459705 | CUB02459713 | 1999 | Smith et al., "Emergence of Vancomycin Resistance in Staphylococcus Aureus", N.E.J.M, 340:7, 493-501 | |
| 408 | HOSP_CUB0162703 | HOSP_CUB0162706 | 2013 | Spellberg, "New antibiotic development: Barriers and opportunities in 2012," Alliance for the Prudent Use of Antibiotics Newsletter, 30(1). | I |
| 409 | CUBH0152312 | CUBH0152346 | 2005 | Stevens et al., "IDSA Guidelines: Practice Guidelines for the Diagnosis and Management of Skin and Soft Tissue Infections", Clin. Infectious Diseases, 41:1373-1406 | |
| 410 | HOSP_CUB0162660 | HOSP_CUB0162660 | 9/22/1999 | Stolberg, "Drug Agency Approves Antibiotic," The New York Times | I, H |
| 411 | CUB02189882 | CUB02189885 | 1977 | Sweadner et al., "Filtration Removal of Endotoxin (Pyrogens) in Solution in Different States of Aggregation," Applied & Envtl. Microbiology, 34(4):382-385 | |
| 412 | CUB00563917 | CUB00563932 | 1999 | Tally et al., "Daptomycin: a Novel Agent for Gram-Positive Infections," Exp. Opin. Invest. Drugs, 8(8):1223-1238 | |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 413 | HOSP_CUB0088678 | HOSP_CUB00886 81 | 2000 | Tally and DeBruin, "Development of Daptomycin for Gram-Positive Infections," J. Antimicrob. Chemotherapy 46:523-526 | |
| 414 | HOSP_CUB0162707 | HOSP_CUB01627 08 | 01/2004 | Tedesco, et al., "Daptomycin," Pharmacotherapy 24(1) (Abstract) | I, H |
| 415 | CUB01093365 | CUB01093386 | 2004 | Tice et al., IDSA Guidelines: Practice Guidelines for Outpatient Parenteral Antimicrobial Therapy, Clin. Infectious Diseases, 38:1651-72 | I |
| 416 | HOSP_CUB0162709 | HOSP_CUB01627 12 | | Todar, K., "Antimicrobial Agents in the Treatment of Infectious Disease," Todar's Online Textbook of Bacteriology | I |
| 417 | HOSP_CUB0162713 | HOSP_CUB01627 15 | | UCSF Infectious Diseases Management Program, Daptomycin Monograph, Available at: http://clinicalpharmacy.ucsf.edu/idmp/whatsnew/dapto_monograph.htm. | I, H |
| 418 | HOSP_CUB0162716 | HOSP_CUB01627 16 | | UNeMed website, Chart "Systemic Antibiotics approvede by FDA, 1980-2012, http://www.unemed.com/wpcontent/uploads/2013/06/antibioticsFDAapprvd.pdf. | I, H |
| 419 | HOSP_CUB0162726 | HOSP_CUB01627 28 | 8/24/12 | Vastag, Brian, "NIH superbug outbreak highlights lack of new antibiotics," Washington Post | I, H |
| 420 | HOSP_CUB0161718 | HOSP_CUB01617 25 | 2007 | Verlander, "Industrial Applications of Solid-Phase Peptide Synthesis: A Status Report", Int. J. Peptide Res. Therapeutics, 13:75-82 | I |
| 421 | HOSP_CUB0161726 | HOSP_CUB01617 37 | 2000 | Vértesy et al., "Frulimicins: Novel Lipopeptide Antibiotics with Peptidoglycan Synthesis Inhibiting Activity from Actinoplanes Friuliensis sp. nov.," J. Antibiotics, 53(8):816-827 | I |
| 422 | CUB00180296 | CUB00180299 | 2005 | Vikram et al., Clinical Progression of Methecillin-Resistant Staphylococcus Aureus Vertebral Osteomyelitis Associated with Reduced Susceptibility to Daptomycin, J. Clinical Microbiol., 43(10):5384-87 | I |
| 423 | CUB00059522 | CUB00059526 | 1994 | Voorn "Role of Tolerance in Treatment and Prophylaxis of Experimental Staphylococcus areus Endocarditis with Vancomycin, Teicoplanin, and Daptomycin," Antimicrobial Agents and Chemotherapy 38(3):487-493 | I |
| 424 | HOSP_CUB0161738 | HOSP_CUB01617 41 | 1989 | Watkins, J.R. et al. "Drug-Induced Myopathy in Beagle Dogs," Toxicol. Pathology, 17(3):545-548 | I |
| 425 | HOSP_CUB0161742 | HOSP_CUB01617 42 | 1966 | Wieland and Birr, "Synthesis of Peptides by Means of Activated Units Bound to Resins" Angew. Chem. Int., Edit., 5:310 | I |
| 426 | HOSP_CUB0161743 | HOSP_CUB01617 50 | 1987 | Williams, et al. "An in vitro Model for Assessing Muscle Irritation Due to Parenteral Antibiotics," Fundamental and Applied Toxicology, 9:10-17 | I |

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 427 | HOSP_CUB0004801 | HOSP_CUB00048 08 | 1992 | Woodworth, et al., Single-Dose Pharmacokinetics and Antibacterial Activity of Daptomycin, a New Lipopeptide Antibiotic, in Healthy Volunteers, Antimicro. Agents & Chemo., 36(2):318-325 | |
| 428 | HOSP_CUB016175 1 | HOSP_CUB01617 59 | 1967 | Wünsch, "Die Totalsynthese des Pankreas-Hormons Glucagon," Zeitschrift Für Naturforschung, B22:1269-1276 | I |
| 429 | CUB02189854 | CUB02189861 | 1995 | Yakimov et al., "Characterization of a New Lipopeptide Surfactant Produced by Thermotolerant and Halotolerant Subsurface Bacillus Licheniformis BAS50," Appl. Environ. Microbiol., 61(5):1706-1713 | I |
| 430 | CUB02460017 | CUB02460024 | 2010 | Yang, et al., "Hospital policies and practices on prevention and treatment of infections caused by methicillin-resistant Staphylococcus aureus," Am. J. of Health-System Pharmacists 67:1017–024 | |
| 431 | HOSP_CUB016176 0 | HOSP_CUB01617 62 | 1993 | Yoshiyama et al. "Influence of Circadian-Stage-dependent Dosing Schedule on Nephrotoxicity and Pharmacokinetics of Isepamicin in rats," Antimicrobial Agents and Chemotherapy, 37(9):2042-43 | I |
| 432 | N/A | N/A | 9/16/2013 | Expert Report of Simon Baker w/ Exhibits A-B | NE, H |
| 433 | N/A | N/A | 11/15/2013 | Reply Expert Report of Simon Baker w/ Exhibit A | NE, H |
| 434 | N/A | N/A | 9/16/2013 | Expert Report of Steven C. Ebert w/ Exhibits A-B | NE, H |
| 435 | N/A | N/A | 11/15/2013 | Reply Expert Report of Steven C. Ebert w/ Exhibit A | NE, H |
| 436 | N/A | N/A | 9/16/2013 | Expert Report of Bruce Ganem w/ Exhibits A-B | NE, H |
| 437 | N/A | N/A | 11/15/2013 | Reply Expert Report of Bruce Ganem w/ Exhibit A | NE, H |
| 438 | N/A | N/A | 11/15/2013 | Rebuttal Expert Report of Pranatharthi Chandrasekar w/ Exhibits A-B | NE, H |
| 439 | N/A | N/A | 11/15/2013 | Expert Report of Gordon Rausser w/ Exhibits A-C | NE, H |
| 440 | N/A | N/A | 10/28/2013 | Expert Report of Ernst R. Berndt w/ Exhibits 1-3 | NE, H |
| 441 | N/A | N/A | 10/28/2013 | Rebuttal Expert Report of William H. Gerwick w/ Exhibits A-C | NE, H |
| 442 | N/A | N/A | 10/28/2013 | Expert Report of B. Joseph Guglielmo w/ Exhibits A-B | NE, H |
| 443 | N/A | N/A | 10/28/2013 | Rebuttal Expert Report of Allan Myerson w/ Exhibits A-C | NE, H |
| 444 | N/A | N/A | | Schnellmann, Chapter 14 Toxic Responses of the Kidney (Pg. 491-514) | I, A-D, X, U |
| 445 | N/A | N/A | 7/1/1980 | Excerpt from The United States Pharmacopeia Twentieth Revision (Pg. 902-903, 1438) | U, I, P |
| 446 | N/A | N/A | 4/1/00 | 21 C.F.R. 610.13 Purity (pg 63-64) | NE |
| 447 | N/A | N/A | 1986 | 21 C.F.R. 610.13 Purity (pg 51-52) | NE |
| 448 | N/A | N/A | 2/1/13 | Joint Claim Construction Charts for the Patent being Asserted by Cubist | NE |
| 449 | N/A | N/A | 12/17/12 | Pltf Objections/Responses to Hospira's 1st Set of Roggs (Nos. 1-10) | NE |
| 450 | N/A | N/A | 11/26/12 | Def. Hospira's Preliminary Invalidity Contentions | NE |

Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 451 | N/A | N/A | 8/24/12 | Pltf Initial Disclosures Pursuant to District of Delaware Defualt Standard Paragraphs 3, 4(a) | NE |
| 452 | CUB00000102 | CUB00000131 | 11/15/88 | | |
| 453 | CUB00563235 | CUB00563484 | 06/1991 | | |
| 454 | CUB00561954 | CUB00562385 | 10/24/1990 | IND 27627 Vol. 24 | H, A-A, R- MULTIPLE DOCUMENTS |
| 455 | CUB00562620 | CUB00562656 | | | |
| 456 | CUB00562657 | CUB00563085 | 8/19/1991 | | |
| 457 | CUB00563086 | CUB00563087 | 12/17/1992 | | |
| 458 | CUB00563088 | CUB00563169 | 06/1992 | | |
| 459 | CUB00563170 | CUB00563234 | 07/1992 | | |
| 460 | CUB01828487 | CUB01828675 | 3/20/1989 | | |
| 461 | CUB02188059 | CUB02188059 | 3/8/1991 | | |
| 462 | CUB02334981 | CUB02335785 | 7/18/1988 | | |
| 463 | CUBT0000107 | CUBT0000114 | 4/7/2000 | Reissue Application, Declaration, and Power of Attorney re U.S. Patent 5,912,226 | C |
| 464 | CUBT0000139 | CUBT0000184 | | Molloy et al., "Structure of Anhydro-Daptomycin and ISO-Daptomycin," Abstract | A-A, L, H |
| 465 | CUBT0000187 | CUBT0000189 | | Appendix D; Analytical Characterization Report | I, H, A-A, X |
| 466 | CUBT0000190 | CUBT0000190 | 5/2/1986 | | H, A-A |
| 467 | CUBT0000198 | CUBT0000199 | 8/26/1999 | | I, H |

27

## Def. Hospira's Trial Exhibit List With Cubist Objections

| DTX | BegBates | EndBates | Date | Dep Ex Description | OBJECTIONS |
|---|---|---|---|---|---|
| 468 | CUBT0000327 | CUBT0000328 | 2/4/1999 | y" | I, H, A-A |
| 469 | CUBT0000329 | CUBT0000329 | | | I, H, A-A |
| 470 | CUBT0000330 | CUBT0000331 | 7/29/1999 | | I, H |
| 471 | CUBT0000385 | CUBT0000402 | 01/2004 | Tedesco and Rybak, "Daptomycin," Pharmacotherapy, 24(1):41-57 | I |
| 472 | CUBT0000403 | CUBT0000410 | 3/1/2002 | Thorne and Alder, "Daptomycin: A Novel Lipopeptide Antibiotic," Clinical Microbiology Newsletter, pg 1-8 | I |
| 473 | CUBT0000200 | CUBT0000223 | | Sakoulas et al., "Evaluation of Daptomycin in Experimental Endocarditis Due to Methicillin-Resistant Staphylococcus Aureus" Abstract | |
| 474 | CUBT0000224 | CUBT0000248 | 2005 | Baltz et al., "Natural Products to drugs: Daptomycin and related lipopeptie antibiotics," Nat. Prod. Hep., 22:717-741 | |
| 475 | CUBT0000271 | CUBT0000287 | 4/5/2006 | EP 1 115 417 B1 | I |
| 476 | CUBT0000291 | CUBT0000291 | | Black et al., "Preliminary Pharmacology and Pharmacokinetics of LY146032, A New Peptolipide Antibiotic," Abstract 894 | I |
| 477 | CUB00058237 | CUB00058241 | 1988 | Bush et al., "Daptomycin (LY146032) Treatment of Experimental Enterococcal Endocarditis," Antimicrobial Agents and Chemotherapy, 32(6):877-881 | |
| 478 | CUB00145070 | CUB00145073 | 1989 | Kennedy and Chambers, "Daptomycin (LY146032) for Prevention and Treatment of Experimental Aortic Valve Endocarditis in Rabbits," Antimicrobial Agents and Chemotherapy, 33(9):1522-1525 | I |
| 479 | CUB00063153 | CUB00063156 | 1989 | Mader and Adams, "Comparative Evaluation of Daptomycin (LY146032) and Vancomycin in the Treatment of Experimental Methicillin-Resistant Staphylococcus aureus Osteomyelitis in Rabbits," Antimicrobial Agents and Chemotherapy, 33(5):689-692 | I |
| 480 | BER000550 | BER000557 | | " | I, A, H |
| 481 | BER000421 | BER000422 | | | I, A, H |
| 482 | BER000776 | BER000785 | 11/4/1999 | | I, A, H |
| 483 | BER000712 | BER000743 | 12/10/1999 | " | I, A, H |
| 484 | BER000746 | BER000775 | 10/11/2000 | " | I, A, H |
| 485 | BER000826 | BER000855 | 12/13/1999 | | I, A, H |