| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 46:16 - 47:9 | | | |
| Eisenstein, Barry | 07/09/2013 | 48:9 - 48:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 48:18 - 48:25 | | | |
| Eisenstein, Barry | 07/09/2013 | 49:17 - 49:19 | | | |
| Eisenstein, Barry | 07/09/2013 | 49:22 - 50:3 | | | |
| Eisenstein, Barry | 07/09/2013 | 50:4 - 50:19 | | | |
| Eisenstein, Barry | 07/09/2013 | 50:22 - 50:24 | | | |
| Eisenstein, Barry | 07/09/2013 | 50:25 - 51:2 | | | |
| Eisenstein, Barry | 07/09/2013 | 51:5 - 51:11 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 51:14 - 51:16 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 51:18 - 52:3 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 52:4 - 52:6 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 52:9 - 52:15 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 53:3 - 53:25 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 54:1 - 54:5 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 54:7 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 54:23 - 55:10 | | | |
| Eisenstein, Barry | 07/09/2013 | 58:13 - 58:16 | | | |
| Eisenstein, Barry | 07/09/2013 | 58:18 - 59:8 | | | |
| Eisenstein, Barry | 07/09/2013 | 59:8 - 59:10 | | | |
| Eisenstein, Barry | 07/09/2013 | 59:12 - 59:16 | | | |
| Eisenstein, Barry | 07/09/2013 | 60:2 - 60:5 | | | |
| Eisenstein, Barry | 07/09/2013 | 60:20 - 60:23 | LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 60:25 - 61:1 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 61:4 - 61:20 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 61:22 | I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 61:23 - 62:6 | I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 63:21 - 64:13 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 64:16 - 64:18 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 64:20 - 64:25 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 65:3 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 65:6 - 65:9 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 65:11 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 65:13 - 65:15 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 65:17 | LO, SCOPE, I | 66:1-66:22; 66:25-67:5 | ID |
| Eisenstein, Barry | 07/09/2013 | 67:6 - 67:12 | LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 67:15 - 68:5 | LO, SCOPE, I | 69:3-69:7; 69:10-69:12 | |
| Eisenstein, Barry | 07/09/2013 | 69:20 - 70:1 | F, S, VA | | |
| Eisenstein, Barry | 07/09/2013 | 74:4 - 74:10 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 74:12 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 74:14 - 74:18 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 74:20 - 74:21 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 75:16 - 76:1 | | | |
| Eisenstein, Barry | 07/09/2013 | 76:1 - 76:2 | | | |
| Eisenstein, Barry | 07/09/2013 | 76:4 - 76:5 | | | |
| Eisenstein, Barry | 07/09/2013 | 76:15 - 76:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 76:24 - 77:3 | | | |
| Eisenstein, Barry | 07/09/2013 | 77:5 - 77:18 | | | |
| Eisenstein, Barry | 07/09/2013 | 77:19 - 77:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 77:24 - 78:2 | | | |
| Eisenstein, Barry | 07/09/2013 | 78:11 - 78:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 78:23 - 78:25 | SCOPE, F, S, LO | | |
| Eisenstein, Barry | 07/09/2013 | 79:3 - 79:6 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 79:9 - 79:20 | | | |
| Eisenstein, Barry | 07/09/2013 | 79:21 - 79:23 | | | |
| Eisenstein, Barry | 07/09/2013 | 79:25 - 80:14 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 80:16 - 81:2 | | | |
| Eisenstein, Barry | 07/09/2013 | 82:2 - 82:5 | | | |
| Eisenstein, Barry | 07/09/2013 | 82:7 | | | |
| Eisenstein, Barry | 07/09/2013 | 82:9 - 82:16 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 82:18 | | | |
| Eisenstein, Barry | 07/09/2013 | 83:3 - 83:11 | | | |
| Eisenstein, Barry | 07/09/2013 | 83:12 - 83:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 83:20 - 84:1 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 84:2 - 84:4 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 84:6 - 84:11 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 84:18 - 85:4 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 85:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 85:10 - 85:13 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 85:15 - 86:2 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 86:3 - 86:6 | LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 86:8 - 86:16 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 86:18 - 86:25 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 87:2 - 87:8 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 87:9 - 87:12 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 87:14 - 87:17 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 87:19 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 87:22 - 88:1 | | | |
| Eisenstein, Barry | 07/09/2013 | 88:11 - 88:19 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 88:21 - 88:24 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 89:1 | LO, SCOPE, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 89:17 - 89:23 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 89:25 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 92:20 - 92:23 | | | |
| Eisenstein, Barry | 07/09/2013 | 95:1 - 95:6 | I | 93:3-93:17; 93:25-94:4; 94:15-94:19; 94:22; 94:24-94:25; 95:10-95:16 | |
| Eisenstein, Barry | 07/09/2013 | 95:17 - 95:23 | | | |
| Eisenstein, Barry | 07/09/2013 | 96:1 - 96:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 99:12 - 99:19 | I | 97:17-97:22; 97:24-98:1 | ID, O, H, SPEC |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 101:1 - 101:3 | | | |
| Eisenstein, Barry | 07/09/2013 | 101:5 - 101:7 | | | |
| Eisenstein, Barry | 07/09/2013 | 101:9 - 101:20 | | | |
| Eisenstein, Barry | 07/09/2013 | 101:21 - 102:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 102:23 - 103:16 | | | |
| Eisenstein, Barry | 07/09/2013 | 104:7 - 105:7 | | | |
| Eisenstein, Barry | 07/09/2013 | 105:10 - 105:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 105:14 - 105:21 | | | |
| Eisenstein, Barry | 07/09/2013 | 105:22 - 105:25 | I | | |
| Eisenstein, Barry | 07/09/2013 | 111:8 - 111:10 | | | |
| Eisenstein, Barry | 07/09/2013 | 111:13 - 111:18 | | | |
| Eisenstein, Barry | 07/09/2013 | 111:19 - 111:23 | | | |
| Eisenstein, Barry | 07/09/2013 | 112:1 - 112:7 | | | |
| Eisenstein, Barry | 07/09/2013 | 112:9 - 112:13 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 112:15 - 112:20 | VA (testimony should reflect revisions from errata) | | |
| Eisenstein, Barry | 07/09/2013 | 112:21 - 112:23 | VA, SCOPE, FORM | | |
| Eisenstein, Barry | 07/09/2013 | 112:25 - 113:5 | VA, SCOPE, FORM, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 113:7 - 113:16 | VA, SCOPE, FORM, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 113:18 - 113:22 | VA, SCOPE, FORM, I, LO | 113:24-114:1; 114:3-114:8; 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | ID; F, O, L, SPEC |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 114:9 - 114:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 115:21 - 116:1 | | | |
| Eisenstein, Barry | 07/09/2013 | 116:2 - 116:4 | VA, SCOPE, FORM, I, LO | | |
| Eisenstein, Barry | 07/09/2013 | 116:7 - 116:10 | VA, SCOPE, FORM, I, LO | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 116:12 | VA, SCOPE, FORM, I, LO | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 116:13 - 116:22 | SCOPE, VA, I | 118:4-118:14 | I |
| Eisenstein, Barry | 07/09/2013 | 116:24 - 117:4 | SCOPE, VA, I | 118:4-118:14 | I |
| Eisenstein, Barry | 07/09/2013 | 117:7 | SCOPE, VA, I | 118:4-118:14 | I |
| Eisenstein, Barry | 07/09/2013 | 119:4 - 119:6 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 119:7 - 119:15 | SCOPE, LO, FORM, VA | | |
| Eisenstein, Barry | 07/09/2013 | 119:19 - 119:23 | SCOPE, LO, FORM, VA | | |
| Eisenstein, Barry | 07/09/2013 | 120:16 - 120:17 | SCOPE, LO, I | 119:24-119:25; 120:2-120:7 | |
| Eisenstein, Barry | 07/09/2013 | 120:19 | SCOPE, LO, I | 119:24-119:25; 120:2-120:7 | |
| Eisenstein, Barry | 07/09/2013 | 120:20 - 120:21 | SCOPE, LO, I | 119:24-119:25; 120:2-120:7 | |
| Eisenstein, Barry | 07/09/2013 | 120:23 | SCOPE, LO, I | 119:24-119:25; 120:2-120:7 | |
| Eisenstein, Barry | 07/09/2013 | 121:3 - 121:4 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 121:6 - 121:15 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 121:16 - 121:20 | SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 121:22 - 121:23 | SCOPE, I | 121:24-122:5; 122:8-122:11; 127:15-127:21 | ID, H |
| Eisenstein, Barry | 07/09/2013 | 123:7 - 123:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 123:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 128:2 - 128:7 | FORM, VA, M | | |
| Eisenstein, Barry | 07/09/2013 | 128:9 - 128:13 | FORM, VA, M, LO | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 128:15 | FORM, VA, M, LO | | |
| Eisenstein, Barry | 07/09/2013 | 130:6 - 130:13 | | | |
| Eisenstein, Barry | 07/09/2013 | 130:22 - 131:5 | | | |
| Eisenstein, Barry | 07/09/2013 | 131:7 | | | |
| Eisenstein, Barry | 07/09/2013 | 133:14 - 133:17 | | | |
| Eisenstein, Barry | 07/09/2013 | 133:19 | | | |
| Eisenstein, Barry | 07/09/2013 | 136:18 - 136:24 | | | |
| Eisenstein, Barry | 07/09/2013 | 136:25 - 137:2 | I | 135:4-135:15 | H |
| Eisenstein, Barry | 07/09/2013 | 137:4 - 137:9 | FORM, VA, I | 135:4-135:15 | H |
| Eisenstein, Barry | 07/09/2013 | 137:11 - 137:13 | FORM, VA, I | 135:4-135:15 | H |
| Eisenstein, Barry | 07/09/2013 | 137:25 - 138:25 | | | |
| Eisenstein, Barry | 07/09/2013 | 139:1 - 139:4 | | | |
| Eisenstein, Barry | 07/09/2013 | 139:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 139:7 - 139:10 | | | |
| Eisenstein, Barry | 07/09/2013 | 139:12 - 139:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 139:16 | | | |
| Eisenstein, Barry | 07/09/2013 | 140:1 - 140:4 | | | |
| Eisenstein, Barry | 07/09/2013 | 140:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 140:24 - 141:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 141:15 - 141:17 | SCOPE, LO, VA, FORM, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 141:20 - 141:22 | SCOPE, LO, VA, FORM, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 141:24 - 142:2 | | | |
| Eisenstein, Barry | 07/09/2013 | 142:5 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 142:6 - 142:11 | SCOPE, LO, VA, FORM, I | 146:1-146:4; 146:6-146:9; 146:12-146:17 | F, SPEC, O |
| Eisenstein, Barry | 07/09/2013 | 142:14 - 142:18 | SCOPE, LO, VA, FORM, I | 146:1-146:4; 146:6-146:9; 146:12-146:17 | F, SPEC, O |
| Eisenstein, Barry | 07/09/2013 | 144:10 - 144:13 | FORM, VA | | |
| Eisenstein, Barry | 07/09/2013 | 144:16 | FORM, VA | | |
| Eisenstein, Barry | 07/09/2013 | 144:17 - 144:19 | | | |
| Eisenstein, Barry | 07/09/2013 | 144:21 | | | |
| Eisenstein, Barry | 07/09/2013 | 147:12 - 147:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 147:17 | | | |
| Eisenstein, Barry | 07/09/2013 | 147:21 - 147:24 | NT, VA, FORM, LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 148:2 - 148:4 | NR, VA, FORM, LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 148:4 - 148:11 | VA, FORM, I | 149:1-149:7 | ID, H |
| Eisenstein, Barry | 07/09/2013 | 148:13 | VA, FORM, I | 149:1-149:7 | ID, H |
| Eisenstein, Barry | 07/09/2013 | 150:3 - 150:11 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 151:4 - 151:15 | FORM, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 151:17 - 151:18 | FORM, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 151:19 - 151:21 | C, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 151:24 | C, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 151:25 - 152:1 | C, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 152:3 | C, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 152:4 - 152:5 | C, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 152:7 | C, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 152:8 - 152:15 | | | |
| Eisenstein, Barry | 07/09/2013 | 152:16 - 153:3 | | | |
| Eisenstein, Barry | 07/09/2013 | 153:4 - 153:5 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 153:7 - 153:11 | SCOPE, F, S | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 153:13 - 153:20 | SCOPE, I | 112:11-112:13; 112:15-112:20 (as reflected in errata) | |
| Eisenstein, Barry | 07/09/2013 | 153:22 - 154:5 | I | 155:6-10; 155:12-14 | F, PK, SPEC, H |
| Eisenstein, Barry | 07/09/2013 | 154:8 - 154:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 154:14 - 154:18 | | | |
| Eisenstein, Barry | 07/09/2013 | 156:25 - 157:4 | SCOPE, F, S, LO, I | | |
| Eisenstein, Barry | 07/09/2013 | 157:6 - 157:12 | I | 156:9-156:11; 156:13-156:24 | I, O, F, SPEC |
| Eisenstein, Barry | 07/09/2013 | 157:14 - 157:15 | I | 156:9-156:11; 156:13-156:24 | I, O, F, SPEC |
| Eisenstein, Barry | 07/09/2013 | 157:16 - 157:21 | I | 156:9-156:11; 156:13-156:24 | I, O, F, SPEC |
| Eisenstein, Barry | 07/09/2013 | 157:23 | I | 156:9-156:11; 156:13-156:24 | I, O, F, SPEC |
| Eisenstein, Barry | 07/09/2013 | 158:2 - 158:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 158:16 - 158:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 160:17 - 161:6 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 161:12 - 161:14 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 161:15 - 161:20 | F, LO | | |
| Eisenstein, Barry | 07/09/2013 | 164:25 - 165:4 | | | |
| Eisenstein, Barry | 07/09/2013 | 165:5 - 165:15 | F, LO | | |
| Eisenstein, Barry | 07/09/2013 | 165:17 - 165:19 | F, LO | | |
| Eisenstein, Barry | 07/09/2013 | 165:23 - 166:8 | H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 166:9 - 166:25 | H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 167:1 - 167:4 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 167:5 - 167:22 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 168:6 - 168:9 | | | |
| Eisenstein, Barry | 07/09/2013 | 168:11 - 168:15 | | | |
| Eisenstein, Barry | 07/09/2013 | 169:24 - 170:3 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 170:12 - 170:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 171:2 - 171:11 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 171:12 - 171:25 | F, H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 172:1 - 172:5 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 173:11 - 173:19 | | | |
| Eisenstein, Barry | 07/09/2013 | 174:16 - 174:24 | | | |
| Eisenstein, Barry | 07/09/2013 | 176:5 - 176:16 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 176:20 - 176:24 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 177:9 - 177:13 | C | | |
| Eisenstein, Barry | 07/09/2013 | 177:14 - 177:15 | FORM, VA, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 177:17 | FORM, VA, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 179:25 - 180:3 | SCOPE, LO, FORM, VA, F | | |
| Eisenstein, Barry | 07/09/2013 | 180:5 | SCOPE, LO, FORM, VA, F | | |
| Eisenstein, Barry | 07/09/2013 | 180:6 - 180:9 | SCOPE, LO, FORM, VA, F | | |
| Eisenstein, Barry | 07/09/2013 | 180:11 - 180:12 | SCOPE, LO, FORM, VA, F | | |
| Eisenstein, Barry | 07/09/2013 | 180:13 | SCOPE, LO, FORM, VA, F | | |
| Eisenstein, Barry | 07/09/2013 | 180:16 - 180:17 | SCOPE, LO, FORM, VA, F | | |
| Eisenstein, Barry | 07/09/2013 | 181:3 - 181:4 | SCOPE, FORM, VA | | |
| Eisenstein, Barry | 07/09/2013 | 181:7 - 181:11 | SCOPE, FORM, VA, I | 181:12-181:13 | |
| Eisenstein, Barry | 07/09/2013 | 182:25 - 183:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 183:13 - 183:22 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 183:23 - 184:6 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 184:15 - 184:19 | H, DOC, SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 184:20 - 184:25 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 185:3 - 185:9 | H, DOC, SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 185:25 - 186:6 | SCOPE, I | 186:7-186:10; 186:12-186:22; 131:14-131:16; 131:19-131:22; 131:24-132:11; 132:14-132:15 | O, F |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 187:2 - 187:3 | SCOPE, LO, I | 186:7-186:10; 186:12-186:22; 131:14-131:16; 131:19-131:22; 131:24-132:11; 132:14-132:15 | O, F |
| Eisenstein, Barry | 07/09/2013 | 187:6 - 187:11 | SCOPE, M, I | 186:7-186:10; 186:12-186:22; 131:14-131:16; 131:19-131:22; 131:24-132:11; 132:14-132:15 | O, F |
| Eisenstein, Barry | 07/09/2013 | 187:12 - 188:14 | H, DOC, LO | | |
| Eisenstein, Barry | 07/09/2013 | 188:17 - 189:8 | | | |
| Eisenstein, Barry | 07/09/2013 | 189:9 | | | |
| Eisenstein, Barry | 07/09/2013 | 189:11 - 189:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 189:15 - 190:21 | | | |
| Eisenstein, Barry | 07/09/2013 | 190:22 - 190:25 | | | |
| Eisenstein, Barry | 07/09/2013 | 191:1 - 191:3 | | | |
| Eisenstein, Barry | 07/09/2013 | 191:5 - 191:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 191:7 - 191:21 | | | |
| Eisenstein, Barry | 07/09/2013 | 192:21 - 192:24 | | | |
| Eisenstein, Barry | 07/09/2013 | 193:8 - 193:19 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 193:20 - 194:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 195:1 - 195:7 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 195:8 - 195:11 | FORM, VA, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 195:13 - 195:15 | FORM, VA, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 195:16 - 196:4 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 196:5 - 196:19 | H, DOC, I | 196:20-196:22; 196:24-197:5 | NR |
| Eisenstein, Barry | 07/09/2013 | 197:6 - 197:15 | C, I | 196:20-196:22; 196:24-197:5; 197:16-197:18 | NR |
| Eisenstein, Barry | 07/09/2013 | 197:19 - 197:21 | C | | |
| Eisenstein, Barry | 07/09/2013 | 197:24 - 198:5 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 200:2 - 200:6 | I | 199:22-199:24; 200:1 | ID, O, PK, SPEC, F |
| Eisenstein, Barry | 07/09/2013 | 200:8 - 200:15 | | | |
| Eisenstein, Barry | 07/09/2013 | 201:1 - 201:10 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 201:11 - 201:22 | H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 201:24 | H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 201:25 - 202:10 | H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 202:13 | H, DOC, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 202:14 - 202:25 | H, DOC, SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 203:17 - 203:23 | H, DOC, SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 204:1 | H, DOC, SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 204:2 - 204:5 | H, DOC, SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 204:8 - 204:12 | H, DOC, SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 204:14 - 204:19 | H, DOC, NT, SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 206:5 - 206:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 207:3 - 207:18 | | | |
| Eisenstein, Barry | 07/09/2013 | 207:19 - 208:9 | | | |
| Eisenstein, Barry | 07/09/2013 | 208:10 - 208:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 208:15 - 208:20 | H, DOC, SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 208:23 | H, DOC, SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 208:24 - 209:14 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 209:15 - 209:17 | LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 209:19 | LO, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 209:20 - 209:24 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 209:25 - 210:1 | H, DOC, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 210:3 | H, DOC, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 210:4 - 210:11 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 210:20 - 210:21 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 210:23 - 211:8 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 211:10 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 211:11 - 211:21 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 211:23 - 212:1 | | | |
| Eisenstein, Barry | 07/09/2013 | 212:4 - 212:7 | | | |
| Eisenstein, Barry | 07/09/2013 | 212:20 - 213:6 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 213:7 - 213:9 | SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 213:12 - 213:16 | SCOPE, F, NR | | |
| Eisenstein, Barry | 07/09/2013 | 213:18 - 213:24 | H, DOC, SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 214:2 - 214:8 | SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 214:9 - 214:18 | SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 214:21 - 214:22 | SCOPE, F | | |
| Eisenstein, Barry | 07/09/2013 | 215:3 - 215:9 | | | |
| Eisenstein, Barry | 07/09/2013 | 216:6 - 216:12 | | | |
| Eisenstein, Barry | 07/09/2013 | 216:15 - 216:23 | | | |
| Eisenstein, Barry | 07/09/2013 | 217:15 - 218:3 | H, DOC, F, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 218:5 - 218:8 | F, SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 218:11 - 218:13 | F, S, SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 218:14 - 219:4 | F, S, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 219:10 - 219:12 | F, S, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 219:16 - 219:19 | F, S, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 219:20 - 220:5 | H, DOC, SCOPE, VA | | |
| Eisenstein, Barry | 07/09/2013 | 220:6 - 220:10 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 220:11 - 220:14 | SCOPE, LO | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 220:16 - 220:22 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 220:23 - 221:10 | SCOPE, LO | | |
| Eisenstein, Barry | 07/09/2013 | 223:10 - 223:16 | | | |
| Eisenstein, Barry | 07/09/2013 | 223:18 - 223:20 | | | |
| Eisenstein, Barry | 07/09/2013 | 223:21 - 224:4 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 224:5 - 224:6 | SCOPE, LO, F | | |
| Eisenstein, Barry | 07/09/2013 | 224:8 | SCOPE, LO, F, I | 224:9-224:19 | |
| Eisenstein, Barry | 07/09/2013 | 224:22 - 225:5 | SCOPE, LO, F, I | 224:9-224:19 | |
| Eisenstein, Barry | 07/09/2013 | 225:24 - 226:6 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 226:19 - 226:21 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 226:23 - 226:24 | SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 226:25 - 227:5 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 227:6 - 227:8 | SCOPE, F, S, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 227:10 | SCOPE, F, S, H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 227:11 - 227:20 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 227:21 - 227:24 | SCOPE, LO, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 228:2 | SCOPE, LO, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 228:4 - 228:9 | SCOPE, LO, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 228:10 - 228:21 | SCOPE, LO, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 228:22 - 229:7 | H, DOC, F, FORM, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 229:9 | H, DOC, F, FORM, I | 268:13-268:14; 268:16-268:20; 268:23-269:13; 269:16-269:25; 270:3-270:7; 270:9 | F, O, L, SPEC |
| Eisenstein, Barry | 07/09/2013 | 229:13 - 229:21 | | | |
| Eisenstein, Barry | 07/09/2013 | 236:22 - 236:24 | SCOPE, FORM | | |
| Eisenstein, Barry | 07/09/2013 | 237:1 - 237:14 | SCOPE | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 238:7 - 238:12 | FORM, F, S, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 238:15 | FORM, F, S, SCOPE, I | 238:16-238:17 | |
| Eisenstein, Barry | 07/09/2013 | 239:3 - 239:4 | FORM, VA, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 239:6 | FORM, VA, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 239:8 - 239:15 | | | |
| Eisenstein, Barry | 07/09/2013 | 239:24 - 240:2 | | | |
| Eisenstein, Barry | 07/09/2013 | 240:11 - 241:4 | DOC | | |
| Eisenstein, Barry | 07/09/2013 | 241:5 - 241:7 | FORM, SCOPE, F, S, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 241:9 - 241:12 | FORM, SCOPE, F, S, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 241:14 - 241:20 | | | |
| Eisenstein, Barry | 07/09/2013 | 243:20 - 244:6 | | | |
| Eisenstein, Barry | 07/09/2013 | 244:7 - 244:19 | | | |
| Eisenstein, Barry | 07/09/2013 | 244:20 - 244:23 | H, DOC, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 244:25 | DOC, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 246:1 - 246:6 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 246:7 - 246:11 | H, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 247:13 - 248:1 | | | |
| Eisenstein, Barry | 07/09/2013 | 250:17 - 250:24 | FORM, VA, SCOPE, DOC | | |
| Eisenstein, Barry | 07/09/2013 | 251:2 | FORM, VA, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 251:3 - 251:8 | F, S, VA | | |
| Eisenstein, Barry | 07/09/2013 | 251:17 - 251:23 | | | |
| Eisenstein, Barry | 07/09/2013 | 252:24 - 253:8 | | | |
| Eisenstein, Barry | 07/09/2013 | 253:11 - 253:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 254:11 - 255:3 | DOC | | |
| Eisenstein, Barry | 07/09/2013 | 255:4 - 255:6 | DOC | | |
| Eisenstein, Barry | 07/09/2013 | 255:9 - 255:10 | | | |
| Eisenstein, Barry | 07/09/2013 | 255:20 - 255:22 | | | |
| Eisenstein, Barry | 07/09/2013 | 255:24 | | | |
| Eisenstein, Barry | 07/09/2013 | 256:10 - 256:14 | DOC | | |
| Eisenstein, Barry | 07/09/2013 | 256:16 - 256:23 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Eisenstein, Barry | 07/09/2013 | 256:24 - 257:23 | DOC | | |
| Eisenstein, Barry | 07/09/2013 | 258:8 - 259:5 | DOC, H | | |
| Eisenstein, Barry | 07/09/2013 | 259:6 - 259:12 | DOC, H | | |
| Eisenstein, Barry | 07/09/2013 | 259:14 | DOC, H | | |
| Eisenstein, Barry | 07/09/2013 | 260:10 - 260:20 | | | |
| Eisenstein, Barry | 07/09/2013 | 260:21 - 260:23 | SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 260:25 - 261:4 | SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 261:6 - 261:7 | SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 261:9 - 261:12 | SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 262:17 - 262:20 | DOC, FORM, M, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 262:22 | DOC, FORM, M, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 262:23 - 263:1 | SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 263:3 | SCOPE, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 263:14 - 263:18 | | | |
| Eisenstein, Barry | 07/09/2013 | 264:9 - 264:14 | | | |
| Eisenstein, Barry | 07/09/2013 | 265:18 - 266:2 | DOC, H, F, SCOPE | | |
| Eisenstein, Barry | 07/09/2013 | 266:10 - 266:14 | SCOPE, FORM, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 266:16 | SCOPE, FORM, F, S | | |
| Eisenstein, Barry | 07/09/2013 | 266:17 - 266:20 | DOC, H | | |
| Eisenstein, Barry | 07/09/2013 | 266:23 | DOC, H | | |

## Khadiga Farid 07/28/2010 (Teva)

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Farid, Khadiga | 07/28/2010 | 5:13 - 5:16 | | | |
| Farid, Khadiga | 07/28/2010 | 8:3 - 8:24 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Farid, Khadiga | 07/28/2010 | 9:1 - 9:11 | I | 8:25 | |
| Farid, Khadiga | 07/28/2010 | 16:13 - 18:3 | | | |
| Farid, Khadiga | 07/28/2010 | 26:9 - 26:11 | I | 26:12 | |
| Farid, Khadiga | 07/28/2010 | 28:3 - 28:10 | I | 28:2 | |
| Farid, Khadiga | 07/28/2010 | 60:3 - 61:4 | S, I | | |
| Farid, Khadiga | 07/28/2010 | 64:2 - 65:11 | I, VA, H, IR, DOC | | |
| Farid, Khadiga | 07/28/2010 | 69:7 - 69:13 | S, FORM, IR, H, DOC | | |
| Farid, Khadiga | 07/28/2010 | 69:15 | S, IR, H, DOC | | |
| Farid, Khadiga | 07/28/2010 | 69:20 - 71:4 | S, IR, H, DOC, VA, M | | |
| Farid, Khadiga | 07/28/2010 | 71:11 - 73:16 | S, IR, H, DOC | | |
| Farid, Khadiga | 07/28/2010 | 73:21 - 74:3 | I, S, IR | | |
| Farid, Khadiga | 07/28/2010 | 74:18 - 75:20 | F, S, ARG, FORM, VA, I | 75:21-22 | |
| Farid, Khadiga | 07/28/2010 | 76:13 - 76:15 | FORM, VA | | |
| Farid, Khadiga | 07/28/2010 | 76:17 - 77:4 | FORM, VA | | |
| Farid, Khadiga | 07/28/2010 | 77:7 - 77:17 | FORM, VA | | |
| Farid, Khadiga | 07/28/2010 | 78:2 - 80:24 | S, F, H, DOC | | |
| Farid, Khadiga | 07/28/2010 | 81:2 - 81:15 | H, S, F, M, DOC | | |
| Farid, Khadiga | 07/28/2010 | 81:22 - 83:19 | M, H, S, F, FORM, DOC | | |
| Farid, Khadiga | 07/28/2010 | 83:21 - 83:23 | S, H, DOC | | |
| Farid, Khadiga | 07/28/2010 | 84:7 - 84:20 | S, H, DOC, FORM, VA | | |
| Farid, Khadiga | 07/28/2010 | 84:22 - 85:17 | S, H, DOC, FORM, VA, M | | |
| Farid, Khadiga | 07/28/2010 | 85:19 - 86:22 | S, H, DOC, M | | |
| Farid, Khadiga | 07/28/2010 | 87:3 - 88:24 | S, H, DOC, M, I | 89:22-90:1 | |
| Farid, Khadiga | 07/28/2010 | 90:2 - 91:16 | S, H, M, DOC, FORM, VA | 89:22-90:1 | |
| Farid, Khadiga | 07/28/2010 | 91:19 - 96:6 | ARG, S, H, M, DOC | | |

Thomas Kelleher 07/29/2013

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Kelleher, Thomas | 07/29/2013 | 24:17 - 24:22 | | | |
| Kelleher, Thomas | 07/29/2013 | 24:23 - 25:7 | | | |
| Kelleher, Thomas | 07/29/2013 | 29:14 - 30:6 | | | |
| Kelleher, Thomas | 07/29/2013 | 30:7 - 30:14 | | | |
| Kelleher, Thomas | 07/29/2013 | 30:21 - 31:17 | I, FORM | 31:18-24 | |
| Kelleher, Thomas | 07/29/2013 | 31:25 - 32:12 | I, FORM | 32:24-33:10 | |
| Kelleher, Thomas | 07/29/2013 | | | 33:11-19 | NR |
| Kelleher, Thomas | 07/29/2013 | 33:20 - 33:25 | VA, FORM | 48:2-15 | |
| Kelleher, Thomas | 07/29/2013 | 35:13 - 35:18 | | | |
| Kelleher, Thomas | 07/29/2013 | 36:7 - 36:14 | | | |
| Kelleher, Thomas | 07/29/2013 | 36:16 - 37:3 | | | |
| Kelleher, Thomas | 07/29/2013 | 37:4 - 37:11 | | | |
| Kelleher, Thomas | 07/29/2013 | 40:3 - 40:25 | | | |
| Kelleher, Thomas | 07/29/2013 | 46:17 - 47:3 | I, FORM | 45:24-46:16 | PK |
| Kelleher, Thomas | 07/29/2013 | 47:17 - 47:21 | VA, FORM | | |
| Kelleher, Thomas | 07/29/2013 | 50:4 - 50:12 | | | |
| Kelleher, Thomas | 07/29/2013 | 55:23 - 56:6 | | | |
| Kelleher, Thomas | 07/29/2013 | 61:18 - 62:1 | | | |
| Kelleher, Thomas | 07/29/2013 | 62:12 - 62:16 | | | |
| Kelleher, Thomas | 07/29/2013 | 65:19 - 66:7 | FORM | | |
| Kelleher, Thomas | 07/29/2013 | 69:8 - 69:18 | | | |
| Kelleher, Thomas | 07/29/2013 | 69:19 - 69:22 | | | |
| Kelleher, Thomas | 07/29/2013 | 69:23 - 70:21 | | | |
| Kelleher, Thomas | 07/29/2013 | 77:23 - 78:1 | I, UP | 76:21-25, | F |
| Kelleher, Thomas | 07/29/2013 | 83:10 - 84:9 | I, UP | 77:1-2, 77:4-22, 80:13-18, 80:20, 80:22-25, 81:1-5, 81:7-18, 81:20-25, 82:2-25, 83:1-9, 178:23-179:3, 179:5-9, 184:7-17, 185:11-25, 186:1-2, 186:4-10 | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Kelleher, Thomas | 07/29/2013 | 85:1 - 85:9 | | | |
| Kelleher, Thomas | 07/29/2013 | 85:20 - 86:3 | | | |
| Kelleher, Thomas | 07/29/2013 | 88:1 - 88:18 | | | |
| Kelleher, Thomas | 07/29/2013 | 88:19 - 88:25 | | | |
| Kelleher, Thomas | 07/29/2013 | 89:19 - 90:2 | I, FORM, DOC | 89:1-8, 89-10-18 | |
| Kelleher, Thomas | 07/29/2013 | 95:16 - 96:5 | FORM, VA | 48:2-15 | R |
| Kelleher, Thomas | 07/29/2013 | 106:13 - 106:15 | I | 104:15-25, 105:1-13, | PK |
| Kelleher, Thomas | 07/29/2013 | | | 105:15-25, 106:1-12, 106:16-25, 107:1-8 | |
| Kelleher, Thomas | 07/29/2013 | 124:16 - 124:23 | S, NR | | |
| Kelleher, Thomas | 07/29/2013 | 126:9 - 126:17 | | 126:18-21, 126:23-25, 127:1 | |
| Kelleher, Thomas | 07/29/2013 | 145:12 - 145:17 | | | |
| Kelleher, Thomas | 07/29/2013 | 146:7 - 146:15 | | | |
| Kelleher, Thomas | 07/29/2013 | 151:14 - 152:5 | FORM, VA | 150:9-151:13 | R, F |
| Kelleher, Thomas | 07/29/2013 | 159:6 - 159:19 | FORM | | |
| Kelleher, Thomas | 07/29/2013 | 159:20 | | | |
| Kelleher, Thomas | 07/29/2013 | 159:21 - 160:4 | FORM | | |
| Kelleher, Thomas | 07/29/2013 | 162:7 - 162:24 | | | |
| Kelleher, Thomas | 07/29/2013 | 163:12 - 164:5 | ARG, LO, FORM | 168:17-19, 168:21-22, 168:25-169:2 | |
| Kelleher, Thomas | 07/29/2013 | 171:14 - 172:2 | LO, S | | |
| Kelleher, Thomas | 07/29/2013 | 175:14 - 175:19 | | | |
| | | | | 184:7-17, | |
| Kelleher, Thomas | 07/29/2013 | 184:18 - 185:10 | I | 185:11-186:2, 186:4-10 | F, PK |

Andrew G. Knapp 09/14/2010 (Teva)

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Knapp, Andrew G | 09/14/2010 | 7:3 – 7:16 | | | |
| Knapp, Andrew G | 09/14/2010 | 8: 14 – 8:17 | R | | |
| Knapp, Andrew G | 09/14/2010 | 9:15 – 9:19 | R | | |
| Knapp, Andrew G | 09/14/2010 | 11:3 – 11:9 | R | | |
| Knapp, Andrew G | 09/14/2010 | 17:21 – 18:1 | R | | |
| Knapp, Andrew G | 09/14/2010 | 25:23 – 26:3 | R | | |
| Knapp, Andrew G | 09/14/2010 | 27:23 – 28:3 | R | | |
| Knapp, Andrew G | 09/14/2010 | 36:1 – 36:10 | R, F, LO | | |
| Knapp, Andrew G | 09/14/2010 | 48:11 – 49:2 | R | | |
| Knapp, Andrew G | 09/14/2010 | 49:6 – 50:1 | R | | |
| Knapp, Andrew G | 09/14/2010 | 51:16 – 51:22 | R | | |
| Knapp, Andrew G | 09/14/2010 | 54:19 – 55:7 | R, I | | |

## Andrew G. Knapp 08/06/2013

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Knapp, Andrew G | 08/06/2013 | 6:2 - 6:9 | | | |
| Knapp, Andrew G | 08/06/2013 | 7:8 - 7:12 | | | |
| Knapp, Andrew G | 08/06/2013 | 7:15 - 7:18 | | | |
| Knapp, Andrew G | 08/06/2013 | 10:2 - 10:9 | | | |
| Knapp, Andrew G | 08/06/2013 | 10:10 - 11:3 | | | |
| Knapp, Andrew G | 08/06/2013 | 11:7 | | | |
| Knapp, Andrew G | 08/06/2013 | 24:2 - 24:19 | | | |
| Knapp, Andrew G | 08/06/2013 | 25:16 - 26:8 | R | | |
| Knapp, Andrew G | 08/06/2013 | 27:2 - 27:12 | R | | |
| Knapp, Andrew G | 08/06/2013 | 27:14 - 27:21 | R | | |
| Knapp, Andrew G | 08/06/2013 | 27:22 - 28:12 | R | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Knapp, Andrew G | 08/06/2013 | 28:13 - 28:15 | R | | |
| Knapp, Andrew G | 08/06/2013 | 28:21 - 29:5 | R, VA, UP | | |
| Knapp, Andrew G | 08/06/2013 | 29:23 - 30:25 | R | | |
| Knapp, Andrew G | 08/06/2013 | 31:1 - 31:23 | R | | |
| Knapp, Andrew G | 08/06/2013 | 31:24 - 32:12 | R | | |
| Knapp, Andrew G | 08/06/2013 | 33:14 - 33:19 | R | | |
| Knapp, Andrew G | 08/06/2013 | 36:23 - 37:9 | R | | |
| Knapp, Andrew G | 08/06/2013 | 38:22 - 39:2 | R, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 39:5 | R, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 40:21 - 41:12 | | | |
| Knapp, Andrew G | 08/06/2013 | 42:19 - 42:23 | | | |
| Knapp, Andrew G | 08/06/2013 | 42:25 - 43:19 | | | |
| Knapp, Andrew G | 08/06/2013 | 43:20 - 44:2 | R, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 44:5 | R, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 44:7 - 44:9 | R, VA, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 44:11 | R, VA, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 44:13 - 44:17 | R, VA, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 44:19 | R, VA, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 47:14 - 47:18 | | | |
| Knapp, Andrew G | 08/06/2013 | 48:3 - 48:11 | SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 48:12 - 48:14 | R, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 48:18 - 48:19 | R, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 50:16 - 51:21 | R, H, DOC | | |
| Knapp, Andrew G | 08/06/2013 | 51:22 - 53:2 | | | |
| Knapp, Andrew G | 08/06/2013 | 53:3 - 53:4 | | | |
| Knapp, Andrew G | 08/06/2013 | 53:6 - 53:12 | | | |
| Knapp, Andrew G | 08/06/2013 | 53:13 - 54:6 | | | |
| Knapp, Andrew G | 08/06/2013 | 54:7 - 54:17 | | | |
| Knapp, Andrew G | 08/06/2013 | 57:9 - 57:10 | FORM, VA | | |
| Knapp, Andrew G | 08/06/2013 | 57:12 - 57:23 | I | 57:25-58:1; 58:3-12 | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Knapp, Andrew G | 08/06/2013 | 58:18 - 58:24 | | | |
| Knapp, Andrew G | 08/06/2013 | 63:19 - 64:24 | | | |
| Knapp, Andrew G | 08/06/2013 | 64:25 - 65:9 | | | |
| Knapp, Andrew G | 08/06/2013 | 65:17 - 65:24 | FORM, VA | | |
| Knapp, Andrew G | 08/06/2013 | 66:1 - 66:19 | I | 66:21-22; 66:24-67:7 | |
| Knapp, Andrew G | 08/06/2013 | 69:9 - 70:7 | | | |
| Knapp, Andrew G | 08/06/2013 | 70:16 - 70:17 | R, F, S, LO, VA, FORM | | |
| Knapp, Andrew G | 08/06/2013 | 70:19 - 70:20 | R, F, S, LO, VA, FORM | | |
| Knapp, Andrew G | 08/06/2013 | 70:23 - 71:19 | | | |
| Knapp, Andrew G | 08/06/2013 | 71:20 - 71:21 | R, F, S, LO, VA, FORM | | |
| Knapp, Andrew G | 08/06/2013 | 71:23 - 71:24 | R, F, S, LO, VA, FORM | | |
| Knapp, Andrew G | 08/06/2013 | 72:22 - 74:1 | | | |
| Knapp, Andrew G | 08/06/2013 | 74:18 - 75:1 | | | |
| Knapp, Andrew G | 08/06/2013 | 75:2 - 75:10 | | | |
| Knapp, Andrew G | 08/06/2013 | 76:8 - 76:12 | | | |
| Knapp, Andrew G | 08/06/2013 | 76:15 - 77:7 | | | |
| Knapp, Andrew G | 08/06/2013 | 80:18 - 81:11 | | | |
| Knapp, Andrew G | 08/06/2013 | 81:12 | | | |
| Knapp, Andrew G | 08/06/2013 | 81:14 - 81:23 | | | |
| Knapp, Andrew G | 08/06/2013 | 82:12 - 82:25 | | | |
| Knapp, Andrew G | 08/06/2013 | 87:14 - 87:15 | R, F, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 87:17 - 87:18 | | | |
| Knapp, Andrew G | 08/06/2013 | 87:20 - 88:2 | R, F, S, LO, VA, FORM, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 88:4 - 88:9 | R, F, S, LO, VA, FORM, NR, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 88:11 - 88:21 | SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 89:1 - 89:5 | R, F, S, VA, FORM, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 89:7 - 89:12 | R, F, S, VA, FORM, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 89:14 | R, F, S, FORM, SCOPE | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Knapp, Andrew G | 08/06/2013 | 90:15 | R, F, S, VA, FORM, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 90:17 - 90:22 | R, F, S, LO, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 91:19 - 91:21 | R, F, S, LO, FORM, VA, SCOPE | | |
| Knapp, Andrew G | 08/06/2013 | 91:24 - 92:3 | R, F, S, LO, SCOPE | | |

## Mary Kottke 10/02/2013

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Kottke, Mary | 10/02/2013 | 7:8 - 7:13 | | | |
| Kottke, Mary | 10/02/2013 | 27:13 - 27:19 | | | |
| Kottke, Mary | 10/02/2013 | 28:2 - 28:7 | | 28:8-9 | |
| Kottke, Mary | 10/02/2013 | 28:13 - 30:17 | I, VA, ARG, F, LO | 28:10-12; 109:17-18; 109:20-21 | |
| Kottke, Mary | 10/02/2013 | 34:18 - 35:21 | ARG, FORM, S | 109:17-18; 109:20-21 | |
| Kottke, Mary | 10/02/2013 | 41:14 - 41:16 | | | |
| Kottke, Mary | 10/02/2013 | 47:25 - 48:15 | | | |
| Kottke, Mary | 10/02/2013 | 54:2 - 54:14 | | | |
| Kottke, Mary | 10/02/2013 | 55:9 - 55:20 | | | |
| Kottke, Mary | 10/02/2013 | 61:18 - 62:4 | I | 61:3-17 | |
| Kottke, Mary | 10/02/2013 | 67:17 - 67:25 | | 66:21-67:4 | |
| Kottke, Mary | 10/02/2013 | 68:8 - 68:16 | | 68:17-18 | |
| Kottke, Mary | 10/02/2013 | 69:9 - 69:21 | ARG | | |
| Kottke, Mary | 10/02/2013 | 70:5 - 70:14 | | | |
| Kottke, Mary | 10/02/2013 | 72:8 - 72:10 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Kottke, Mary | 10/02/2013 | 72:14 - 73:7 | ARG, LC, F, VA | 73:8-24; 73:13-74:7; 77:23-25; 78:5-10 | |
| Kottke, Mary | 10/02/2013 | 73:25 - 74:12 | | | |
| Kottke, Mary | 10/02/2013 | 76:12 - 76:14 | | 75:19-25 | |
| Kottke, Mary | 10/02/2013 | 93:10 - 93:13 | | | |
| Kottke, Mary | 10/02/2013 | 93:18 - 94:19 | ARG, LC, F, VA, NR | | |
| Kottke, Mary | 10/02/2013 | 97:3 - 97:8 | | | |
| Kottke, Mary | 10/02/2013 | 97:13 - 98:5 | ARG, DOC, F, VA | 98:6-12 | |
| Kottke, Mary | 10/02/2013 | 98:13 - 98:18 | DOC, F, VA | | |
| Kottke, Mary | 10/02/2013 | 99:3 - 99:20 | ARG, S, LC, DOC, F, VA | | |
| Kottke, Mary | 10/02/2013 | 103:3 - 103:12 | | | |
| Kottke, Mary | 10/02/2013 | 103:15 - 103:21 | I | 103:23-24 | |
| Kottke, Mary | 10/02/2013 | 105:23 - 106:3 | | 106:5-6; 106:8-9 | |
| Kottke, Mary | 10/02/2013 | 106:10 - 106:22 | | | |
| Kottke, Mary | 10/02/2013 | 107:3 - 107:14 | LC, ARG | 106:23-107:2; 107:15-17 | |
| Kottke, Mary | 10/02/2013 | 108:19 - 109:11 | DOC, H | | |
| Kottke, Mary | 10/02/2013 | 109:12 - 110:8 | DOC, H, S, ARG, VA | | |
| Kottke, Mary | 10/02/2013 | 110:25 - 111:7 | DOC, H, S, ARG | | |
| Kottke, Mary | 10/02/2013 | 118:12 - 119:3 | DOD, H, F | | |
| Kottke, Mary | 10/02/2013 | 120:12 - 120:19 | | | |
| Kottke, Mary | 10/02/2013 | 121:20 - 122:2 | | 122:3-5 | |
| Kottke, Mary | 10/02/2013 | 122:6 - 123:8 | ARG, LC | | |
| Kottke, Mary | 10/02/2013 | 127:20 - 128:8 | LC | | |
| Kottke, Mary | 10/02/2013 | 128:13 - 128:15 | | | |
| Kottke, Mary | 10/02/2013 | 129:8 - 129:12 | ARG | 128:9-10; 128:12; 128:25-129:4; 129:6-7 | |
| Kottke, Mary | 10/02/2013 | 129:16 - 129:18 | | 129:16-18; 129:19-21 | |
| Kottke, Mary | 10/02/2013 | 130:4 - 130:19 | ARG, LC | | |
| Kottke, Mary | 10/02/2013 | 133:7 - 133:10 | | | |
| Kottke, Mary | 10/02/2013 | 133:15 - 133:20 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Kottke, Mary | 10/02/2013 | 134:13 - 134:17 | ARG | 134:7-8; 134:10 | |
| Kottke, Mary | 10/02/2013 | 135:7 - 135:20 | LC, ARG | | |
| Kottke, Mary | 10/02/2013 | 136:22 - 136:25 | | | |
| Kottke, Mary | 10/02/2013 | 137:2 - 137:23 | ARG, FORM | | |
| Kottke, Mary | 10/02/2013 | 138:3 - 138:15 | ARG, LC | | |
| Kottke, Mary | 10/02/2013 | 139:11 - 140:9 | ARG, S, LC | | |
| Kottke, Mary | 10/02/2013 | 140:10 - 140:20 | ARG, F, S | 140:21-23 | |
| Kottke, Mary | 10/02/2013 | 140:24 | | | |
| Kottke, Mary | 10/02/2013 | 141:2 - 142:7 | LC | | |
| Kottke, Mary | 10/02/2013 | 142:8 | | | |
| Kottke, Mary | 10/02/2013 | 142:9 - 143:2 | | 143:3-7 | |
| Kottke, Mary | 10/02/2013 | 143:8 - 143:22 | S | 143:23-4 | |
| Kottke, Mary | 10/02/2013 | 146:4 - 146:6 | I | | |
| Kottke, Mary | 10/02/2013 | 146:7 - 146:9 | I | | |
| Kottke, Mary | 10/02/2013 | 147:6 - 147:7 | | | |
| Kottke, Mary | 10/02/2013 | 147:13 - 148:2 | | | |
| Kottke, Mary | 10/02/2013 | 148:14 - 149:4 | F, S | | |

## Jan-Ji Lai 08/11/2010 (Teva)

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Lai, Jan-Ji | 08/11/2010 | 8:11 - 8:17 | | | |
| Lai, Jan-Ji | 08/11/2010 | 9:20 - 9:23 | | | |
| Lai, Jan-Ji | 08/11/2010 | 9:24 - 10:7 | | | |
| Lai, Jan-Ji | 08/11/2010 | 10:16 - 10:20 | | | |

| Deponent | Deposition Date | Defendant's Trial Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defendant's Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|---|
| Lai, Jan-Ji | 08/11/2010 | 11:4 - 11:8 | | 11:9-13 | |
| Lai, Jan-Ji | 08/11/2010 | 14:17 - 15:7 | | | |
| Lai, Jan-Ji | 08/11/2010 | 17:6 - 17:12 | | | |
| Lai, Jan-Ji | 08/11/2010 | 18:3 - 18:6 | | | |
| Lai, Jan-Ji | 08/11/2010 | 20:9 - 21:12 | M, DOC, S | 21:13-24 | |
| Lai, Jan-Ji | 08/11/2010 | 23:13 - 23:23 | DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 24:4 - 24:6 | | | |
| Lai, Jan-Ji | 08/11/2010 | 24:8 - 24:12 | | | |
| Lai, Jan-Ji | 08/11/2010 | 24:13 - 24:17 | | | |
| Lai, Jan-Ji | 08/11/2010 | 24:18 - 25:1 | | | |
| Lai, Jan-Ji | 08/11/2010 | 25:2 - 25:7 | | | |
| Lai, Jan-Ji | 08/11/2010 | 25:8 - 25:15 | DOC, S | | |
| Lai, Jan-Ji | 08/11/2010 | 26:12 - 26:20 | FORM, VA, DOC, S | | |
| Lai, Jan-Ji | 08/11/2010 | 26:21 - 27:2 | DOC, S | | |
| Lai, Jan-Ji | 08/11/2010 | 28:3 - 28:8 | S | | |
| Lai, Jan-Ji | 08/11/2010 | 29:16 - 29:22 | DOC | 28:9-14 | H |
| Lai, Jan-Ji | 08/11/2010 | 29:23 - 30:3 | DOC | 28:15-17 | |
| Lai, Jan-Ji | 08/11/2010 | 31:19 - 32:6 | IR, DOC | 28:19-29:4 | |
| Lai, Jan-Ji | 08/11/2010 | 32:7 - 32:9 | | | |
| Lai, Jan-Ji | 08/11/2010 | 32:10 - 32:23 | DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 35:8 - 36:5 | DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 36:6 - 36:22 | I | | |
| Lai, Jan-Ji | 08/11/2010 | 37:18 - 38:2 | | | |
| Lai, Jan-Ji | 08/11/2010 | 39:13 - 39:22 | I | | |
| Lai, Jan-Ji | 08/11/2010 | 39:23 - 40:14 | DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 40:17 - 41:5 | IR, DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 42:13 - 43:2 | IR, DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 43:3 - 43:5 | IR, DOC | | |
| Lai, Jan-Ji | 08/11/2010 | 43:6 - 44:5 | | | |
| Lai, Jan-Ji | 08/11/2010 | 44:14 - 45:10 | IR, DOC | | |