**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| CUBIST PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOSPIRA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 12-367-GMS <br> ) (CONSOLIDATED) <br> ) <br> ) <br> ) <br> ) <br> ) |

## Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DTX 001 | HOSP_CUB0161874 | HOSP_CUB0161889 | 4/18/2006 | Certified U.S. Patent RE39,071 |
| DTX 002 | HOSP_CUB0161890 | HOSP_CUB0161899 | 6/15/1999 | Certified U.S. Patent 5,912,226 |
| DTX 003 | HOSP_CUB0161900 | HOSP_CUB0161939 | 11/15/2011 | Certified U.S. Patent 8,058,238 |
| DTX 004 | CUBH0008695 | CUBH0008733 | 11/15/2011 | U.S. Patent 8,058,238 with 10/20/11 Issue Notification |
| DTX 005 | HOSP_CUB0161940 | HOSP_CUB0161946 | 12/5/1989 | Certified U.S. Patent 4,885,243 |
| DTX 006 | HOSP_CUB0161947 | HOSP_CUB0162012 | 8/28/2007 | Certified U.S. Patent 7,262,268 |
| DTX 007 | HOSP_CUB0162013 | HOSP_CUB0162035 | 1/20/1987 | Certified U.S. Patent RE32,333 |
| DTX 008 | HOSP_CUB0162036 | HOSP_CUB0162070 | 3/6/2012 | Certified U.S. Patent 8,129,342 |
| DTX 009 | HOSP_CUB0162071 | HOSP_CUB0162092 | 6/17/1980 | Certified U.S. Patent 4,208,403 |
| DTX 010 | HOSP_CUB0162093 | HOSP_CUB0162112 | 2/8/2005 | Certified U.S. Patent 6,852,689 |
| DTX 011 | HOSP_CUB0162113 | HOSP_CUB0162137 | 8/27/1985 | Certified U.S. Patent 4,537,717 |
| DTX 012 | HOSP_CUB0162138 | HOSP_CUB0162142 | 10/17/1989 | Certified U.S. Patent 4,874,843 |
| DTX 014 | HOSP_CUB0162143 | HOSP_CUB0162157 | 10/22/2002 | Certified U.S. Patent 6,468,967 |
| DTX 015 | CUB00565500 | CUB00565519 | 6/18/1985 | U.S. Patent 4,524,135 |
| DTX 016 | CUB00544545 | CUB00544558 | 12/16/1986 | U.S. Patent RE32,310 |
| DTX 017 | CUB00929529 | CUB00929553 | 12/16/1986 | U.S. Patent RE32,311 |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DTX 018 | CUB00929576 | CUB00929600 | 7/7/1987 | U.S. Patent RE32,455 |
| DTX 019 | HOSP_CUB0005018 | HOSP_CUB0005042 | 11/13/1984 | U.S. Patent 4,482,487 |
| DTX 020 | HOSP_CUB0161324 | HOSP_CUB0161335 | 8/16/1983 | U.S. Patent 4,399,067 |
| DTX 029 | CUB00120340 | CUB00120737 | 12/31/1998 | Cubist IND Vol. 1 |
| DTX 031 | CUB00121071 | CUB00121152 | 12/31/1998 | Cubist IND Vol. 3 |
| DTX 032 | CUB00121153 | CUB00121402 | 12/31/1998 | Cubist IND Vol. 4 |
| DTX 079 | CUB00026546 | CUB00026915 | | Excerpt from Cubicin NDA |
| DTX 096 | CUBH000437 | CUBH000439 | 10/18/2007 | Request for Certificate of Correction re U.S. Patent RE39,071 |
| DTX 102 | CUBT0003565 | CUBT0003569 | 1/30/2009 | Barry Eisenstein Interview |
| DTX 103 | CUBT0003496 | CUBT0003497 | 4/16/1991 | Project Management, Medical, Marketing Committee Minutes |
| DTX 111 | CUB00696890 | CUB00696909 | | Redline of "Daptomycin: From the Mountain to the Clinic with Essential Help from Francis Tally" |
| DTX 116 | LLY00000327 | LLY00000327 | 1/30/1986 | Document entitled "LY146032 Endotoxin Levels" |
| DTX 127 | CUB02402546 | CUB02402567 | 3/1/2001 | Cubist Rpt: Comparability Study of Daptomycin Drug Product Manufactured by the Original IND and Proposed Commercial Processes |
| DTX 146 | CUBH0006334 | CUBH0006560 | 05/2001 | B. Downey LabNotebook 288B |
| DTX 158 | CUBT0008154 | CUBT0008207 | 4/25/2008 | PPT entitled "Marketing - Q1 2008 Quarterly Business Review" |
| DTX 161 | CUBT0008318 | CUBT0008345 | 7/30/2009 | PPT entitled "ER and Hospitalist Audience CDT Support" by S. Murray |
| DTX 162 | CUBT0008346 | CUBT0008397 | 12/17/2009 | PPT entitled "Cubicin Market Overview" |
| DTX 165 | CUBT0007506 | CUBT0007539 | 2009 | PPT entitled "Cubist: Your Commercial Partner" |
| DTX 181 | CUB00731242 | CUB00731244 | 1/28/1998 | Fax from F. Oleson to F. LeSane Enclosing Daptomycin: Rationale for Intravenous Clinical Development |
| DTX 183 | CUB02230175 | CUB02230176 | | Product Launch of the Year Q&A - Cubist |
| DTX 185 | HOSP_CUB0061585 | HOSP_CUB0061606 | 1/29/2008 | Certificate of Correction re U.S. Patent RE39,071 with Request |
| DTX 186 | LLY00000270 | LLY00000270 | 12/1/1987 | Daptomycin Final Product Lots |
| DTX 188 | CUB00146115 | CUB00146228 | | Clinical data summary and results of statistical analysis |
| DTX 190 | CUB00756868 | CUB00756869 | | A Brief history of the clinical development of Daptomycin |
| DTX 193 | CUB01831894 | CUB01832019 | 6/5/2006 | PPT entitled "SAB/RIE Indication launch Meeting - Our Time has Come!" |
| DTX 199 | HOSP_CUB0162725 | HOSP_CUB0162725 | 9/22/11 | Vancomycin Label |
| DTX 208 | CUB02417506 | CUB02417513 | 1/24/2008 | Lazard Capital Markets Analyst Rpt., "CBST: Cubicin poised for steady growth in '08 but competition looms; HOLD" |
| DTX 209 | CUB02417736 | CUB02417742 | 4/18/2008 | Lazard Capital Markets Analyst Rpt., "CBST: Cubicin sales in line, but growth slowing; HOLD" |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DTX 210 | CUB02418268 | CUB02418274 | 1/24/2006 | Lazard Capital Markets Analyst Rpt., "CBST: Company remains in the red despite Cubicin's growth; HOLD" |
| DTX 211 | CUB02419214 | CUB02419225 | 10/30/2008 | Merriman Curhan Ford Analyst Rpt., "A Unique Antibiotic with Lots of Growing Room Left; Initiating Coverage at Buy" |
| DTX 236 | LLY00000406 | LLY00000407 | 4/16/1991 | Project Management, Medical, Marketing Committee Minutes (4/10/91) |
| DTX 246 | CUB02182855 | CUB02182876 | 11/13/2009 | Request for Continued Examination and Response and Amendment |
| DTX 253 | | | | Cubicin Product Label |
| DTX 259 | HOSP_CUB0161336 | HOSP_CUB0161340 | 5/1/1992 | 1992 FDA Guidance on Development of New Stereoisomeric Drugs |
| DTX 268 | CUB01734253 | CUB01734275 | 1997 | Baltz, Chapter 14: Lipopeptide Antibiotics Produced by Streptomyces roseosporus and Streptomyces fradiae, Biotechnology of Antibiotics, 2d ed. pg. 415-435 |
| DTX 270 | HOSP_CUB0004891 | HOSP_CUB0004909 | 1994 | Barclay, et al., What is the Evidence for Once-Daily Aminoglycoside Therapy? *Clin. Pharmacokinetics.*, 27(1):32-48 |
| DTX 280 | HOSP_CUB0162318 | HOSP_CUB0162320 | 10/10/2012 | BusinessWire, "Less Than a Third of Surveyed Infectious Disease Specialists and PCPs Consider Vancomycin the Preferred Antibiotic for MRSA" |
| DTX 282 | HOSP_CUB0161372 | HOSP_CUB0161394 | 1996 | Casarett And Doull's Toxicology, The Basic Science of Poisons, Fifth Edition, Chapter 2: Principles of Toxicology, pg. 13-33 |
| DTX 288 | | | | Debono, Abstract1078, "LY146032 [N-(n-decanoyl) A21978C Nucleus] A New Acidic Lipopeptide antibiotic: Synthesis and Biological Evaluation," Program and Abstracts of the Thirty-Fourth Interscience Conference on Antimicrobial Agents and Chemotherapy, pg.281 |
| DTX 290 | HOSP_CUB0004724 | HOSP_CUB0004730 | 1995 | Craig, "Once-daily versus multiple-daily dosing of aminoglycosides," *J Chemother*. 7(Suppl 2):47-52 |
| DTX 292 | HOSP_CUB0004759 | HOSP_CUB0004775 | 1987 | Debono et al., "A21978C, a Complex of New Acidic Peptide Antibiotics: Isolation, Chemistry, and Mass Spectral Structure Elucidation," *J. Antibiotics*, XL(6):761-777 |
| DTX 293 | CUB02186509 | CUB02186521 | 1988 | Debono et al, "Enzymatic and Chemical Modifications of Lipopeptide Antibiotic A21978C: The Synthesis and Evaluation of Daptomycin (LY146032)," *J. Antibiotics*, XLI(8):1093-1105 |
| DTX 305 | HOSP_CUB0004881 | HOSP_CUB0004890 | 1990 | Ebert et al. "Pharmacodynamic Properties of Antibiotics: Application to Drug Monitoring and Dosage Regimen Design", *Infect. Control Hosp. Epidemiol*, 11(6):319-326 |
| DTX 306 | CUB02459414 | CUB02459419 | 2010 | Eisenstein et al., "Daptomycin: From the Mountain to the Clinic, with Essential Help from Francis Tally, MD," *CID*, 50(1):S10-S15 |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DTX 312 | HOSP_CUB0004639 | HOSP_CUB0004648 | 1997 | Freeman, et al., Once-Daily Dosing of Aminoglycosides: Review and Recommendations for Clinical Practice, *J.Antimicrob. Chemotherapy,* 39:677-86 |
| DTX 325 | CUB02009047 | CUB02009076 | 2004 | Jeu et al., "Daptomycin: A Cyclic Lipopeptide Antimicrobial Agent", *Clinical Therapeutics*, 26(11):1728-1757 |
| DTX 333 | HOSP_CUB0058472 | HOSP_CUB0058478 | 1998 | Lakey and Ptak, "Fluorescence Indicates a Calcium-Dependent Interaction between the Lipopeptide Antibiotic LY146032 and Phospholipid Membranes," *Biochemistry*, 27(13):4639-4645 |
| DTX 339 | HOSP_CUB0004665 | HOSP_CUB0004668 | 1991 | Lee et al, Abstract 885: Daptomycin versus Conventional Therapy in the Treatment of Endocarditis (E) and Bacteremia, Program and Abstracts of the Thirty-First Interscience Conference on Antimicrobial Agents and Chemotherapy, 246 |
| DTX 341 | HOSP_CUB0161521 | HOSP_CUB0161522 | 1987 | Leggett et al, "Pharmacodynamic and Pharmacokinetic Parameters (PKPs) Affecting Activity of LY 146032 Against Staphylococcus Aureus," *Abstracts of the ICAAC*, Abstract No. 154 |
| DTX 345 | CUB02167841 | CUB02167844 | 1997 | Lin and Jiang, "Recovery and Purification of the Lipopeptide Biosurfactant of Bacillus subtilis by Ultrafiltration," *Biotech. Techniques*, 11(6):413-416 |
| DTX 349 | HOSP_CUB0162185 | HOSP_CUB0162194 | 7/23/2013 | Lowy, Vancomycin-intermediate and vancomycin-resistant Staphylococcus aureus infections, Wolter Kluwer |
| DTX 353 | HOSP_CUB0161555 | HOSP_CUB0161572 | 1982 | Mastaglia, Adverse Effects of Drugs on Muscle, *Drugs* 24:304-321 |
| DTX 355 | HOSP_CUB0004941 | HOSP_CUB0004964 | 1998 | McKindley and Maderazo, Chapter 41: Drug Use in the Critically Ill Patient with Renal Dysfunction-Application of the DREM System, in Infectious Diseases in Critical Care Medicine |
| DTX 359 | CUB01737480 | CUB01737496 | 2005 | Miao et al., "Daptomycin biosynthesis in Streptomyces roseosporus: cloning and analysis of the gene cluster and revision of peptide stereochemistry," *Microbiology* 151:1507-23 |
| DTX 371 | HOSP_CUB0005066 | HOSP_CUB0005112 | 1995 | Mutschler et al., Chapter 2: Pharmacokinetics in *Drug Actions: Basic Principles and Therapeutic Aspects*. Medpharm Scientific Publishers, Stuttgart, Germany Pg. 5-47 |
| DTX 385 | HOSP_CUB0004965 | HOSP_CUB0005017 | 1998 | Protein Purification: Principles, High Resolution Methods, and Applications (J. Janson and L. Ryden, eds., John Wiley & Sons, Inc.) |
| DTX 388 | HOSP_CUB0162683 | HOSP_CUB0162685 | 5/22/2009 | Rapaport, "Antibiotic's $1 Billion Success May Spur Cubist Buy (Update2)" |
| DTX 389 | HOSP_CUB0004910 | HOSP_CUB0004930 | 1995 | "Remington: The Science and Practice of Pharmacy," (Alfonso Gennaro ed., Mack Publishing Co. |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DTX 392 | HOSP_CUB0004630 | HOSP_CUB0004638 | 1988 | Rotschafer et al., "Therapeutic Update on Glycopeptide and Lipopeptide Antibiotics," *Pharmacotherapy*, 8(4):211-219 |
| DTX 395 | HOSP_CUB0162803 | HOSP_CUB0162804 | 09/2009 | Sakoulas, et al., "Clinical outcomes of patients receiving daptomycin for the treatment of Staphylococcus aureus infections and assessment of clinical factors for daptomycin failure: A retrospective cohort study utilizing the Cubicin® Outcomes Registry and Experience," Clinical Therapeutics, 31(9) (Abstract) |
| DTX 399 | HOSP_CUB0004662 | HOSP_CUB0004664 | 1988 | Sexton et al., "The Use of Daptomycin, a Lipopeptide Antibiotic, in the Treatment of Gram Positive Infections in Man," *Program and Abstracts of the Twenty-Eighth Interscience Conference on Antimicrobial Agents and Chemotherapy*, 275 |
| DTX 404 | HOSP_CUB0161694 | HOSP_CUB0161712 | 1998 | Shu, "Recent Natural Products Based Drug Development: A Pharmaceutical Industry Perspective," *J. Nat. Prod.*, 61:1053-1071 |
| DTX 406 | CUB02330956 | CUB02330962 | 2008 | Sievert, et al., "Vancomycin-Resistant Staphylococcus aureus in the United States, 2002–2006." *Clin Infect Dis.*, 46:668-674. |
| DTX 412 | CUB00563917 | CUB00563932 | 1999 | Tally et al., "Daptomycin: a Novel Agent for Gram-Positive Infections," *Exp. Opin. Invest. Drugs*, 8(8):1223-1238 |
| DTX 427 | HOSP_CUB0004801 | HOSP_CUB0004808 | 1992 | Woodworth, et al., Single-Dose Pharmacokinetics and Antibacterial Activity of Daptomycin, a New Lipopeptide Antibiotic, in Healthy Volunteers, *Antimicro. Agents & Chemo.*, 36(2):318-325 |
| DTX 439A | N/A | N/A | | Gordon Rausser's C.V. |
| DTX 448 | N/A | N/A | 2/1/13 | Joint Claim Construction Charts for the Patent being Asserted by Cubist |
| DTX 452 | CUB00000102 | CUB00000625 | | Eli Lilly Phase II Technical Report, B8B MC AVAE/B8B EW AVAG |
| DTX 453 | CUB00563235 | CUB00563484 | 06/1991 | IND 27627, Technical Report Phase II; Protocol B8B-MC-AVAM; Daptomycin vs Conventional Therapy in Endocarditis and Bacteremia |
| DTX 458 PTX 182 | CUB00563088 | CUB00563169 | 06/1992 | IND 27627, Technical Report Phase I: Protocol B8B-MC-AVAP, Multiple Dose Intravenous Administration (LY146032) Up to 5mg/kg every 12 Hours |
| DTX 465 | CUBT0000187 | CUBT0000189 | | Appendix D; Analytical Characterization Report |
| DTX 490 | CUBT0000585 | CUBT0000618 | 11/07/1997 | License Agreement between Eli Lilly and Cubist |
| DTX 503 | LLY00004083 | LLY00004087 | 8/6/1984 | Fermentation Products Research/Isolation and Chemistry Committee Meeting Minutes (7/17/84) |
| DTX 532 | CUBT0002921 | CUBT0003121 | | File History for U.S. Patent 5,912,226 |
| DTX 669 | CUBT0009496 | CUBT0009502 | 5/27/1987 | IND 27627 IRB Approval No. 87-003, Protocol No. B8B LC AVAF; Daptomycin (LY146032) Dose Linearity Study |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DTX 670 | CUBT0009618 | CUBT0009634 | 10/25/1990 | Multiple Dose Intravenous Administration of Daptomycin (LY146032) up to 5mg/kg Every 12 hours |
| PTX 001 | CUBH000050 | CUBH 000050-63 | | U.S. Patent No. 6,468,967 |
| PTX 002 | CUBH000064 | CUBH 000064-82 | | U.S. Patent No. 6,852,689 |
| PTX 003 | CUBH000035 | CUBH 000035-49 | | U.S. Patent No. RE39,071 |
| PTX 004 | | | | U.S. Patent No. 8,058,238 |
| PTX 006 | CUBH000698 | CUBH001432 | | File History for U.S. Patent 6,468,967 |
| PTX 007 | CUBH001433 | CUBH001703 | | File History for U.S. Patent 6,852,689 |
| PTX 008 | CUBT0002422 | CUBT0002607 | | File History for U.S. Patent RE39,071 |
| PTX 013 | CUB02185780 | CUB02185785 | | U.S. Patent No. 4,885,243 |
| PTX 017 | N/A | N/A | | Cubicin® label revised April 2013, available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2013/021572s043s044lbl.pdf |
| PTX-029 | CUBH562107 | CUBH 562107-131 | | Cubist Technical Report: Process Development History, DAP.001.PD (6/4/03) |
| PTX-033 | CUB00848760 | CUB00848768 | 2004 | Arbeit et al., "The Safety and Efficacy of Daptomycin for the Treatment of Complicated Skin and Skin-Structure Infections", Clin. Infectious Diseases, 38:1673-81 |
| PTX 047 | CUB01171328 | CUB01171340 | 2006 | Fowler et al., "Daptomycin Versus Standard Therapy for Bacteremia and Endocarditis Caused by Staphylococcus Aureus", N.E.J.M, 355(7):653-665 |
| PTX 055 | CUB02330956 | CUB02330962 | 2008 | Sievert, et al., "Vancomycin-Resistant Staphylococcus aureus in the United States, 2002–2006." *Clin Infect Dis.,* 46:668-674. |
| PTX 061 | N/A | N/A | 06/2013 | Vibativ Label |
| PTX 063 | HOSP_CUB0162805 | HOSP_CUB0162827 | 05/2013 | Teflaro Label |
| PTX 178 | N/A | N/A | | C.V. of Dr. Gerwick |
| PTX 179 | N/A | N/A | | C.V. of Dr. Guglielmo |
| PTX 180 | N/A | N/A | | C.V. of Dr. Myerson |
| PTX 181 | | | | Eli Lilly Phase I Technical Report, B8B LC AVAI |
| PTX 182 | CUB00563088 | CUB00563169 | 06/1992 | IND 27627, Technical Report Phase I: Protocol B8B-MC-AVAP, Multiple Dose Intravenous Administration (LY146032) Up to 5mg/kg every 12 Hours |
| PTX 183 | CUB00563170 | CUB00563234 | 07/1992 | Final Pharmacokinetic and Analytical Report: IND 27627 Protocol B8B-MC-AVAP(b); Multiple Dose Intravenous Administration of Daptomycin (LY146032) Up to 5 Mg/Kg Every 12 Hours |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| PTX 184 | CUB01828487 | CUB01828675 | 3/20/1989 | IND 27627, IRB Approval No. 88-020, Protocol B8B LC AVAK, Daptomycin (LY146032): Dose Linearity and ABA Comparison |
| PTX 185 | CUB00000102 | CUB00000625 | | Eli Lilly Phase II Technical Report, B8B MC AVAE/B8B EW AVAG |
| PTX 186 | CUB00563235 | CUB00563484 | 06/1991 | IND 27627, Technical Report Phase II; Protocol B8B-MC-AVAM; Daptomycin vs Conventional Therapy in Endocarditis and Bacteremia |
| PTX 195 | CUB00564559 | CUB 00564559-695 | | Lilly Research Laboratories (Eli Lilly and Company), *Daptomycin (LY146032) Clinical Investigation Brochure (3/89)* |
| PTX 199 | CUB02396622 | CUB 02396622 | | 3/8/91 letter from M. W. Talbott, Ph.D. to Food and Drug Administration Re: IND 27,627 – Daptomycin (LY146032) – Serial No. 64 |
| PTX 200 | CUB01738657 | CUB01738658 | 4/3/1991 | Ltr from M. Lumpkin to W. Talbott Re IND |
| PTX 261 | CUBH 0571082 | CUBH 0571110 | | Provisional US Patent Application No. 60/101,828 |
| PTX 290 | CUBT0007148 | CUBT0007153 | 2000 | Oleson et al., "Once-Daily Dosing in Dogs Optimizes Daptomycin Safety," Antimicrobial Agents and Chemotherapy, 44(11):2948-2953 |
| PPDX 500A | N/A | N/A | | Photo of Demonstrative Model of Daptomycin |
| PPDX 500B | N/A | N/A | | Photo of Demonstrative Model of Daptomycin |
| DDX-Opening-001 Thru DDX-Opening-123 | N/A | N/A | | Demonstratives Used During Hospira Opening |
| DDX-Baker-001 thru DDX-Baker-023 | N/A | N/A | | Demonstratives Used During Baker Direct |
| DDX-Ganem-001 Thru DDX-Ganem-044 | N/A | N/A | | Demonstratives Used During Ganem Direct |
| DDX-Ebert-004 Thru DDX-Ebert-006 | N/A | N/A | | Demonstratives Used During Ebert Direct |
| DDX-Ebert-008 Thru DDX-Ebert-010 | N/A | N/A | | Demonstratives Used During Ebert Direct |
| DDX-Ebert-012 Thru DDX-Ebert-014 | N/A | N/A | | Demonstratives Used During Ebert Direct |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| DDX-Ebert-016 Thru DDX-Ebert-017 | N/A | N/A | | Demonstratives Used During Ebert Direct |
| DDX-Ebert-019 | N/A | N/A | | Demonstratives Used During Ebert Direct |
| DDX-Ebert-022 Thru DDX-Ebert-023 | N/A | N/A | | Demonstratives Used During Ebert Direct |
| DDX-Gerwick-010 | N/A | N/A | | Demonstrative Used During Gerwick Cross |
| DDX-Gerwick-011 | N/A | N/A | | Demonstrative Used During Gerwick Cross |
| DDX-Guglielmo-001 Thru DDX-Guglielmo-003 | N/A | N/A | | Demonstratives Used During Guglielmo Cross |
| DDX-Guglielmo-013 | N/A | N/A | | Demonstratives Used During Guglielmo Cross |
| DDX-Guglielmo-016 | N/A | N/A | | Demonstratives Used During Guglielmo Cross |
| DDX-Guglielmo-018 Thru DDX-Guglielmo-021 | N/A | N/A | | Demonstratives Used During Guglielmo Cross |
| DDX-Rausser-001 Thru DDX-Rausser-33 | N/A | N/A | | Demonstratives Used During Rausser Direct |
| DDX-Rausser-035 Thru DDX-Rausser-40 | N/A | N/A | | Demonstratives Used During Rausser Direct |
| DDX-Rausser-042 Thru DDX-Rausser-53 | N/A | N/A | | Demonstratives Used During Rausser Direct |
| PDX 0001 Thru PDX 0054 | N/A | N/A | | Demonstrative: Cubist Opening |
| PDX 0501 Thru PDX 0529 | N/A | N/A | | Demonstratives Used During Gerwick Direct |
| PTX 0701 Thru PDX 0703 | N/A | N/A | | Demonstratives Used During Myerson Direct |

# Agreed-Upon Admitted Trial Exhibits

| Trial Ex # | BegBates | EndBates | Date | Trial Ex Description |
|---|---|---|---|---|
| PDX 0801 Thru PDX 0830 | N/A | N/A | | Demonstratives Used During Guglielmo Direct |