# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN*††
LISA C. McLAUGHLIN†
JAMES P. HALL
BRIAN E. FARNAN***
JOSEPH J. FARNAN, III*
DAVID A. BILSON***
STEPHEN A. SPENCE
E. ASHLEY TUCKER

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
†MARYLAND BAR
††FLORIDA BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

April 9, 2014

**VIA CM/ECF and HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:   *Cubist Pharmaceuticals, Inc. v. Hospira, Inc.*
             C.A. No. 12-367-GMS (Consolidated)

Dear Chief Judge Sleet:

      Enclosed please find two CDs each containing an electronic version of Defendant Hospira's Proposed Findings of Fact and Conclusions of Law (D.I. 128) with hyperlinks to exhibits, transcripts, cases and statutes.

      Should the Court have any questions regarding the enclosed, counsel is available at the Court's convenience.

                                             Respectfully,

                                             */s/ John C. Phillips, Jr.*

                                             John C. Phillips, Jr. (#110)

JCP:tlb
Enclosures
cc:  Jack B. Blumenfeld (via Hand Delivery w/enc.)
      All Counsel of Record (via e-mail w/o enc.)