IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUBIST PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-367-GMS |
| | ) | |
| HOSPIRA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 5th day of December, 2014, IT IS HEREBY ORDERED THAT:

1. The Certificate of Correction issued for the RE'071 Patent is not invalid;

2. The asserted claims of the patents-in-suit are not invalid due to lack of written description;

3. The asserted claims of the RE'071 Patent are not invalid due to improper recapture;

4. The asserted claims of the '967 Patent and claim 98 of the '238 Patent are invalid due to anticipation;

5. The asserted claims of the '967, '689, '238 and '342 Patents are invalid due to obviousness;

6. Hospira's proposed products infringe each of the patents-in-suit; and

7. The parties' Rule 52(c) motions (D.I. 126–28) are GRANTED IN PART AND DENIED IN PART.

_____
UNITED STATES DISTRICT JUDGE